UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation** | No. 24-916 |

### AFFIDAVIT OF ASHLEY C. KELLER IN SUPPORT OF PLAINTIFFS-APPELLANTS' MOTION TO FILE UNDER SEAL

1. My name is Ashley C. Keller, and I am a partner at Keller Postman, LLC. I am Counsel for the Plaintiffs–Appellants in this Appeal. I declare under penalty of perjury that the below is true and correct.

2. Attached hereto as **Exhibit A** is a true and correct copy the Protective Order entered by The Honorable Denise Cote of the U.S. District Court for the Southern District of New York.

DATED: July 10, 2024

Respectfully submitted,

/s/ Ashley Keller
Ashley Keller
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel: (312) 741-5222
ack@kellerpostman.com

1