# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand twenty-four.

Before:    Steven J. Menashi,
              *Circuit Judge.*

---

Tiffany Rutledge, individually and as mother, general guardian of, et al., Kristopher White, Bridget McConnell, Alexander Holland, Christine Holland,

    Plaintiff - Appellants,

  v.

Walgreen Co., Costco Wholesale Corporation, CVS Pharmacy, Inc, Safeway, Inc., Walmart Inc., Rite Aid Corporation, Target Corporation, Sam's West, Inc., Dollar Tree, Inc., 7-Eleven, Inc., Family Dollar Stores, LLC., The Kroger Co., Dollar Tree Stores, Inc., Johnson & Johnson Consumer Inc., Big Lots, Giant Food LLC, Albertson's, Harris Teeter LLC, Dolgencorp, LLC,

    Defendants - Appellees.

**ORDER**

Docket Nos. 24-916(L), 24-1121(Con)

---

    Appellants move for leave to file portions of their opening brief under seal.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                             For the Court:
                                             Catherine O'Hagan Wolfe,
                                             Clerk of Court