UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand twenty-four,

Tiffany Rutledge, individually and as mother, general guardian of, et al., Kristopher White, Bridget McConnell, Alexander Holland, Christine Holland,

      Plaintiff - Appellants,

v.

Walgreen Co., Costco Wholesale Corporation, CVS Pharmacy, Inc, Safeway, Inc., Walmart Inc., Rite Aid Corporation, Target Corporation, Sam's West, Inc., Dollar Tree, Inc., 7-Eleven, Inc., Family Dollar Stores, LLC., The Kroger Co., Dollar Tree Stores, Inc., Johnson & Johnson Consumer Inc., Big Lots, Giant Food LLC, Albertson's, Harris Teeter LLC, Dolgencorp, LLC,

      Defendants - Appellees.

**ORDER**
Docket No. 24-916

Counsel for APPELLEES Johnson & Johnson Consumer Inc, et al. have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 16, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before October 16, 2024. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

