# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of October, two thousand twenty-four.

Before:    Maria Araújo Kahn,
              *Circuit Judge.*

_____

Betina Blueford, et al.,

        Plaintiff - Appellants,

  v.

Walgreens Co., et al.,

        Defendants - Appellees.
_____

Tiffany Rutledge, et al.,

        Plaintiff - Appellants,

  v.

Walgreen Co., et al.,

        Defendants - Appellees.
_____

**ORDER**

Docket No. 24-2360

Docket Nos. 24-916(L), 24-1121(Con)

    Plaintiffs-Appellants move for consolidation of the above-captioned appeals.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                  For the Court:
                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court

