**MORRISON FOERSTER**

2100 L STREET, NW
SUITE 900
WASHINGTON
DC 20037

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON, LOS
ANGELES, MIAMI, NEW YORK, PALO
ALTO, SAN DIEGO, SAN FRANCISCO,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

November 15, 2024

Writer's Direct Contact
+1 (202) 887-8740
DMaynard@mofo.com

**Via ECF**

Catherine O'Hagan Wolfe
Clerk, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *In Re: Acetaminophen – ASD-ADHD Prods. Liab. Litig.*, No. 24-0916

Dear Ms. O'Hagan Wolfe:

  Defendant-appellee Target Corporation writes to confirm that it joins in full the response brief filed by defendant-appellee Johnson & Johnson Consumer Inc. on November 7, 2024.

Sincerely,

*[signature]*

Deanne E. Maynard
*Counsel for Defendant-Appellee Target Corporation*

ny-2822831