

Keith Rozanski
*direct:* (213) 542-8055
krozanski@hbblaw.com

Haight Brown & Bonesteel LLP
555 South Flower Street
Forty-Fifth Floor
Los Angeles, California 90071
213.542.8000
213.542.8100 fax

www.hbblaw.com

January 7, 2025

The Honorable Beth Robinson
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:    *In Re: Acetaminophen ASD/ADHD Prods. Liab. Litg.,* 1:22-md-3043 (DLC)
             Status of Big Lots Bankruptcy

Dear Judge Robinson:

      Please allow this to serve as a periodic update as the status of the voluntary petition for relief under Chapter 11 of the Bankruptcy Code filed by appellees Big Lots Stores-PNS, LLC and Big Lots Stores, LLC, (collectively referred to as "Big Lots") filed September 9, 2024, in the United States Bankruptcy Court for the District of Delaware, case no. 24-11967-JKS.

      The bankruptcy is still pending and the automatic stay as to Big Lots still in place. On January 6, 2025, Big Lots filed a motion to extend the deadline (currently January 7, 2025) during which only the debtors may file a Chapter 11 plan an additional ninety days. Hearing on the motion is set for January 21, 2025.

      Big Lots shall provide further update within thirty days and immediately when the stay is lifted or when there are other developments in the bankruptcy proceeding which permit this matter to proceed or otherwise be resolved.

                                             Sincerely,

                                             Keith Rozanski
                                             Haight Brown & Bonesteel LLP