# Keller | Postman

September 24, 2025

**VIA ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

> Re: *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*,
> Appeal Nos. 24-916(L), 24-1121 (con), 24-2360 (con)

Dear Ms. Wolfe:

On September 22, 2025, HHS "initiate[d] a safety label change" about "chronic acetaminophen use in pregnant women." Ex. A, Health & Hum. Servs. Announcement on Autism; Ex. B, Health & Hum. Servs. Autism Announcement Fact Sheet. Simultaneously, HHS issued a Dear Doctor Letter stating that "the use of acetaminophen by pregnant women may be associated with an increased risk of … autism and ADHD in children." Ex. C, Letter from Martin Makary, Comm'r of Food and Drugs; *see PLIVA, Inc. v. Mensing*, 564 U.S. 604, 615 (2011) (holding that "Dear Doctor letters qualify as 'labeling'" under federal law).

The *reason* officials took this action matters more than the action itself. The FDA Commissioner, the Secretary of HHS, and indeed the President of the United States cited the analysis of Dr. Andrea Baccarelli, "the dean of the Harvard School of Public Health," and Appellants' expert here. Ex. D, Transcript of Health & Hum. Servs. Announcement on Autism. The FDA Commissioner directly quoted Dr. Baccarelli's opinion that "there is a causal relationship between prenatal acetaminophen use and neurodevelopmental disorders of ADHD and autism spectrum disorder." *Id*. This is the *title of* Dr. Baccarelli's expert report. A-1742, Expert Report of Dr. Andrea Baccarelli. Dr. Baccarelli then confirmed his discussions with these public-health figures, thanking them for taking the action recommended by his analysis. Ex. E, Statement by Dr. Andrea Baccarelli.

Expert opinion that is sound enough to persuade every Senate-confirmed federal scientist easily clears Rule 702(d)'s bar. Reasonable scientists can continue to debate Dr. Baccarelli's conclusions. But affirming a decision characterizing his approach as "junk science," *Amorgianos v. Nat'l R.R. Passenger Corp*., 303 F.3d 256, 267 (2d Cir. 2002), would pose grave separation of powers concerns. The executive branch safeguards public health from dangerous pharmaceutical interventions. A decision holding that a jury may not hear the *same* expert evidence that the executive branch *credited* will badly damage the public trust required for the executive to take care that the public-health laws are faithfully executed.

# Keller | Postman

Sincerely,

*/s/ Ashley Keller*
Ashley C. Keller
KELLER POSTMAN LLC
150 N. Riverside Plaza LLC, Ste. 4100
Chicago, Illinois 60606
(312) 741-5220
ack@kellerpostman.com

# EXHIBIT A

9/23/25, 8:05 AM
President Trump, Secretary Kennedy Announce Bold Actions to Tackle Autism Epidemic | HHS.gov

🇺🇸 An official website of the United States government



**U.S. DEPARTMENT OF**
**HEALTH AND HUMAN SERVICES**

Home </>        Press Room </press-room/index.html>        President Trump, Secretary Kenn…

Navigate to:

**FOR IMMEDIATE RELEASE**
**September 22, 2025**

**Contact: HHS Press Office**

202-690-6343
Submit a Request for
Comment

---

# President Trump, Secretary Kennedy Announce Bold Actions to Tackle Autism Epidemic

**WASHINGTON—SEPTEMBER 22, 2025—**Speaking from the Roosevelt Room today, President Donald J. Trump and U.S. Health and Human Services (HHS) Secretary Robert F. Kennedy, Jr. announced bold new actions to confront the nation's autism

spectrum disorder (ASD) epidemic, which has surged nearly 400% </press-room/autism-epidemic-runs-rampant-new-data-shows-grants.html> since 2000 and now affects 1 in 31 American children.

"For too long, families have been left without answers or options as autism rates have soared," **Secretary Kennedy said.** "Today, we are taking bold action—opening the door to the first FDA-recognized treatment pathway, informing doctors and families about potential risks, and investing in groundbreaking research. We will follow the science, restore trust, and deliver hope to millions of American families."

First, the U.S. Food and Drug Administration (FDA) will act on a potential treatment for speech-related deficits associated with ASD. The FDA today is publishing a Federal Register notice outlining a label update for leucovorin for cerebral folate deficiency <https://pubmed.ncbi.nlm.nih.gov/34834493/>, which has been associated with autism. This action establishes the first FDA-recognized therapeutic for children with cerebral folate deficiency and autistic symptoms.

The change will authorize treatment for children with ASD, with continued use if children show language, social, or adaptive gains. Following the label update for ASD, state Medicaid programs will be able to cover leucovorin for the indication of ASD, in partnership with the Centers for Medicare & Medicaid Services (CMS). Finally, the National Institutes of Health (NIH) will launch confirmatory trials and new research into the impact of leucovorin including safety studies.

While promising, it is important to note that leucovorin is not a cure for ASD and may only lead to improvements in speech-related deficits for a subset of children with ASD. Furthermore, this treatment must be administered under close medical supervision and in conjunction with other non-pharmacological approaches for children with ASD (e.g., behavioral therapy).

"As a physician, I have seen how devastating autism spectrum disorder can be for children and their families," **CMS Administrator Dr. Mehmet Oz said.** "Today's actions represent an unprecedented, comprehensive approach to deepen our understanding of the causes of autism, share what we know and don't know based on current research, and ensure that every child has a better chance to thrive. By

providing access to a drug to treat symptoms associated with autism, we are providing hope to families and providers who have until today had very limited options."

Second, HHS will act on acetaminophen. Today, the FDA will issue a physician notice and begin the process to initiate a safety label change for acetaminophen (Tylenol and similar products). HHS will launch a nationwide public service campaign to inform families and protect public health.

The FDA is responding to prior clinical and laboratory studies that suggest a potential association between acetaminophen use during pregnancy and adverse neurodevelopmental outcomes <https://pubmed.ncbi.nlm.nih.gov/31664451/>. FDA also recognizes that there are contrary studies showing no association and that there can be risks for untreated fever in pregnancy, both for the mother and fetus.

Given the conflicting literature and lack of clear causal evidence, HHS wants to encourage clinicians to exercise their best judgment <https://pubmed.ncbi.nlm.nih.gov/34556849/> in use of acetaminophen for fevers and pain in pregnancy by prescribing the lowest effective dose for the shortest duration when treatment is required. Furthermore, FDA recognizes that acetaminophen is often the only tool for fevers and pain in pregnancy, as other alternatives (e.g., NSAIDs) have well documented adverse effects. FDA is partnering with manufacturers to update labeling and drive new research to safeguard mothers, children, and families.

"A growing body of evidence suggests that some children suffering from autism are folate deficient within the brain—a problem that can be treated with leucovorin," **FDA Commissioner Dr. Marty Makary said**. "Given the extent of the current autism epidemic, physicians should immediately have this treatment option available for candidate children. We are also sharing new information about the potential risks of acetaminophen so patients can make a more informed decision with their health care provider."

Third, NIH today is announcing the recipients of the Autism Data Science Initiative <https://grants.nih.gov/news-events/nih-extramural-nexus-news/2025/05/announcing-the-nih-autism-data-science-initiative-research-opportunity> (ADSI), funding 13 projects totaling more than $50

9/23/25, 8:05 AM

Case: 24-916, 09/24/2025, DktEntry: 226.1, Page 7 of 74
President Trump, Secretary Kennedy Announce Bold Actions to Tackle Autism Epidemic | HHS.gov

million to transform autism research. ADSI integrates large-scale biological, clinical, and behavioral data with an exposomics approach that examines environmental, nutritional, medical, and social factors alongside genetics.

Projects employ advanced methods such as machine learning and organoid models, address both children and adults across the lifespan, and establish replication hubs to ensure rigor. Each project includes community engagement to align research with the needs of autistic individuals, families, and clinicians.

"Millions of American families who care for autistic kids need scientists to apply gold standard science, expertise, and open minds to figure out how to help these kids," **NIH Director Dr. Jay Bhattacharya said.** "With the Autism Data Science Initiative, NIH is harnessing cutting-edge science to uncover the root causes of autism. We are building knowledge that can improve lives and restore hope for families."

Read the fact sheet </press-room/autism-announcement-fact-sheet.html>.

### ###

---

Note: All HHS press releases, fact sheets and other news materials are available in our Press Room </press-room/index.html>.
Like HHS on Facebook, follow HHS on X @HHSgov <https://x.com/hhsgov>, @SecKennedy <https://x.com/seckennedy>, and sign up for HHS Email Updates <https://cloud.connect.hhs.gov/subscriptioncenter>.
Last revised: September 22, 2025

## Submit a request for comment

For media inquiries, please submit a request for comment.

## Sign up to receive our press releases

### Sign Up

<https://cloud.connect.hhs.gov/news-sign-up>

# Related Press Releases

**HHS Provides More Than $1.5 Billion in State and Tribal Opioid Response Grants**

</press-room/hhs-state-tribal-opioid-response-grants-2025.html>

SEPTEMBER 22, 2025 | PRESS RELEASE

**HHS to Close University of Miami's Failing Organ Agency** </press-room/hhs-decertifies-miami-organ-agency-reforms-transplant-system.html>

SEPTEMBER 18, 2025 | PRESS RELEASE

---

Content created by Assistant Secretary for Public Affairs (ASPA)
Content last reviewed September 22, 2025

# EXHIBIT B



An official website of the United States government

## U.S. DEPARTMENT OF
## HEALTH AND HUMAN SERVICES

Home </>     Press Room </press-room/index.html>     Autism Announcement Fact Sheet

| Navigate to: | |
|---|---|

# Autism Announcement Fact Sheet

Today, President Trump held a press conference in the Roosevelt Room to announce progress in uncovering the root causes of autism, as promised by HHS Secretary Kennedy. The three announcements made today include: leucovorin as a promising treatment for symptoms of autism, a notice to physicians on the use of acetaminophen, and an announcement of recipients of the NIH Autism Data Science Initiative.

# Autism Prevalence in the United States

**Key Findings**

- **1 in 31 U.S. children (3.2%)** born in 2014 are diagnosed with autism spectrum disorder (ASD).

- **Sharp increase from 1 in 36** just two years earlier.

- **Prevalence nearly 5 times higher** than when the CDC began tracking in 2000 (1 in 150).

- **Boys disproportionately affected:** 1 in 20 (5%).

- **California highest prevalence:** 1 in 12.5.

**Source:** Centers for Disease Control and Prevention (CDC), *Morbidity and Mortality Weekly Report (MMWR), Surveillance Summaries, Vol. 74, No. SS-2, April 2025*
Read the full CDC study <https://www.cdc.gov/mmwr/volumes/74/ss/ss7402a1.htm>

# Leucovorin for Cerebral Folate Deficiency

**The Condition: Cerebral Folate Deficiency (CFD)**

- **What it is**: A neurological condition where the brain doesn't get enough folate (an essential B-vitamin), even when folate levels in the rest of the body are normal. Folate is essential for brain development and function. Deficiency of folate in the brain causes severe problems including autistic symptoms.

- **Who it affects**: CFD has multiple causes, including rare genetic forms and autoimmune forms, with the latter being more common. FOLR1 deficiency <https://pubmed.ncbi.nlm.nih.gov/38224559/> is a rare genetic form which may affect 1 in 1,000,000 individuals worldwide; however, the true prevalence is unknown. CFD presents in early childhood with severe neurological symptoms and developmental delay. Autoimmune forms are caused by autoantibodies <https://pmc.ncbi.nlm.nih.gov/articles/pmc3578948/> that mistakenly attack the body's folate transport system, preventing folate from reaching the brain and yielding the same severe symptoms.

- **Symptoms**: Patients with genetic forms have symptoms, typically beginning around age 2, such as global developmental delays with autistic features and psychomotor regression, intractable seizures, and motor disorders. Patients with autoimmune forms have heterogeneous neuropsychiatric symptoms, including potentially severe autism features.

### The Treatment: Leucovorin (Folinic Acid)

- **What it does**: Leucovorin <https://pubmed.ncbi.nlm.nih.gov/34834493/> bypasses the defective folate transport system and delivers the active form of folate directly to the brain.

- **Current evidence and treatment response**: Analysis across 23 publications from 2009-2024 demonstrated the effectiveness for CFD. Overall, 85% of patients experienced some type of clinical benefit including improved speech/communication capabilities. Efficacy data on the use of leucovorin in the autoimmune form of CFD suggest that these patients may also benefit from treatment; however, the data are limited and need to be replicated.

- **Safety profile**: Leucovorin is generally well-tolerated based on available data obtained over 40 years of use for other conditions. The safety in CFD patients appears consistent with leucovorin's established safety profile in these other approved indications.

### Context

- **Population impact**: While the most common FOLR1 gene mutation is rare, it is a proven cause of this devastating but potentially treatable presentation of autistic symptoms. Leucovorin's use in patients with autoimmune CFD could potentially have a larger impact on the U.S. population; however additional studies are needed. Usage data from the FDA has shown that off-label use of leucovorin has increased significantly due to growing awareness among the autism community. Ingesting more folate through over-the-counter supplements is not indicated and could be harmful.

- **Regulatory considerations**: The original NDA for leucovorin was approved in 1983 but withdrawn in 1999 when GlaxoSmithKline (GSK) stopped marketing the product after the entry of generic versions into the market. This withdrawal was not for safety or effectiveness reasons. Following review of the data from patients with genetically confirmed CFD who showed profound symptom improvement with oral leucovorin treatment, the FDA has announced that they are requesting from the innovator company updated prescribing information (PI) to include the new indication of CFD, a condition often associated with autistic symptoms. The PI of generic leucovorin products will be updated accordingly.

- **Research landscape**: The evidence base for efficacy of leucovorin in genetic forms of CFD consists entirely of case reports and case series due to the condition's rarity. However, the FDA has worked with the NIH to review the scientific evidence for its use in autoimmune forms, particularly in cases manifesting with clinical features of autism spectrum disorder (ASD). The NIH is committed to supporting follow-up research to understand the impact of the label change and the potential broader benefit in individuals with ASD, and to working with FDA and CMS on post-market surveillance and safety studies.

# Acetaminophen Use in Pregnancy

### The Condition: Acetaminophen Exposure in Utero

- **What it is:** Acetaminophen (Tylenol) is an over-the-counter analgesic and antipyretic widely used during pregnancy. Concerns have arisen regarding possible neurodevelopmental risks associated with chronic prenatal exposure and potential overuse for low-grade fevers in pregnant women.

- **Who it affects:** Chronic acetaminophen use in pregnant women, especially late in pregnancy, may cause long-term neurological effects in their children.

- **Evidence base:** Large-scale cohort studies, including the Nurses' Health Study II <https://pubmed.ncbi.nlm.nih.gov/30923825/> and the Boston Birth Cohort <https://pubmed.ncbi.nlm.nih.gov/31664451/>, report associations between in utero exposure and later diagnoses of autism spectrum disorder (ASD) and attention-deficit/hyperactivity disorder (ADHD). Scientists have proposed biological mechanisms linking prenatal acetaminophen exposure to altered brain development <https://pubmed.ncbi.nlm.nih.gov/35450103/>.

- **Conflicting findings:** Family-based Scandinavian <https://pubmed.ncbi.nlm.nih.gov/37431475/> studies <https://pubmed.ncbi.nlm.nih.gov/38592388/>, comparing exposed and unexposed siblings, have not shown significant associations. Critics from Icahn School of Medicine at Mt. Sinai and Harvard argue that statistical adjustments in these analyses may mask true effects <https://pmc.ncbi.nlm.nih.gov/articles/pmc12351903/>.

## Clinical Considerations: Chronic Use of Acetaminophen During Pregnancy

- **What it does:** Acetaminophen is the only over-the-counter medication considered safe for treating fever during pregnancy. Maternal fever itself carries risks, including neural tube defects and preterm birth.

- **Current evidence and recommendations:** Evidence does not definitively establish causality, but the consistent associations raise concern. An international consensus statement <https://pubmed.ncbi.nlm.nih.gov/34556849/> (2021) recommends pregnant women minimize use, consult providers before long-term use, and apply the lowest effective dose for the shortest duration.

- **Safety profile:** When used short-term and at appropriate dosages, acetaminophen remains widely regarded as safe. However, unresolved questions remain regarding chronic or late-pregnancy exposure.

## Context

- **Population impact:** Because acetaminophen is one of the most common medications taken during pregnancy, even a modest increase in risk could have a significant public health impact.

- **Balancing risks:** Experts emphasize a balanced approach, acknowledging potential risks of acetaminophen exposure while recognizing the dangers of untreated maternal fever and pain.

- **Research landscape:** Randomized trials of drug exposure during pregnancy are generally infeasible. Thus, continued reliance on epidemiologic studies, mechanistic research, and meta-analyses will shape guidance moving forward.

# NIH Autism Data Science Initiative (ADSI)

### Overview

- The NIH has launched the **Autism Data Science Initiative** <https://grants.nih.gov/news-events/nih-extramural-nexus-news/2025/05/announcing-the-nih-autism-data-science-initiative-research-opportunity> **(ADSI)** to strengthen and transform the nation's autism research portfolio.

- Out of 248 applications, following rigorous NIH peer review, **13 new awards totaling >$50M** will advance understanding of autism across prevalence (2 awards), etiology (7 awards), treatment and services (2 awards), replication and validation (2 awards).

- These projects focus on **large-scale, integrated data resources**, drawing on genomic, epigenomic, metabolomic, proteomic, clinical, behavioral, and service-use information.

- A defining feature is the **exposomics approach**, comprehensively studying environmental, medical, and lifestyle factors in combination with biology and genetics.

### Key Features of the ADSI Portfolio

- The ADSI portfolio integrates a wide range of data types, combining genomic, epigenomic, metabolomic, proteomic, clinical, behavioral, and service-use information into comprehensive resources.

- The initiative emphasizes **exposomics** by studying a wide range of external influences, the sources, routes, and pathways that are important for children's exposure, and their impact on autism risk and outcomes, including:

  - Environmental contaminants such as chemicals and other hazardous substances in the everyday environments of children and pregnant women

  - Nutrition and maternal diet factors such as folate intake, fish consumption, and ultra-processed foods

  - Medical and perinatal influences, including medications, vaccinations, obstetric complications, and neonatal intensive care experiences

  - Psychosocial stressors, infections, and immune responses during pregnancy and early development

- The awards employ **advanced methodologies**, including causal inference approaches, exposome-wide association studies, machine learning techniques, and human cell-based organoid models, to investigate exposures with precision.

- Most projects are anchored in large, **U.S.-based cohorts**, ensuring findings are directly relevant to domestic prevalence patterns and systems of care.

- The portfolio takes a **lifespan approach** by addressing not only childhood outcomes but also the needs of autistic adults, who have been historically understudied.

- **Replication and validation** hubs will enhance rigor and transparency by independently replicating findings, harmonizing workflows, and applying best practices in open science.

- All projects require **community engagement plans** that establish structured partnerships with autistic individuals, caregivers, clinicians, and other stakeholders to align research with community needs and values.

---

Content created by Assistant Secretary for Public Affairs (ASPA)

Content last reviewed September 22, 2025

# EXHIBIT C



September 22, 2025

**Notice to Physicians on the Use of Acetaminophen During Pregnancy**

In recent years, evidence has accumulated suggesting that the use of acetaminophen by pregnant women may be associated with an increased risk of neurological conditions such as autism and ADHD in children. Some studies have described that the risk may be most pronounced when acetaminophen is taken chronically throughout pregnancy to childbirth. These concerns may be magnified by the fact that a very young child's liver may still be developing and thus a child's ability to metabolize the drug may be limited.

To be clear, while an association between acetaminophen and autism has been described in many studies, a causal relationship has not been established and there are contrary studies in the scientific literature. The association is an ongoing area of scientific debate and clinicians should be aware of the issue in their clinical decision-making, especially given that most short-term fevers in pregnant women and young children do not require medication.

In the spirit of patient safety and prudent medicine, clinicians should consider minimizing the use of acetaminophen during pregnancy for routine low-grade fevers. This consideration should also be balanced with the fact that acetaminophen is the safest over-the-counter alternative in pregnancy among all analgesics and antipyretics; aspirin and ibuprofen have well-documented adverse impacts on the fetus.

Sincerely,

Martin A. Makary, M.D., M.P.H.
Commissioner of Food and Drugs

# EXHIBIT D

# Powered by **FiscalNote** StressLens

Donald J. Trump

TranscriptsWhite House CalendarWhite House Press Releases

Remarks: Donald Trump Makes an Autism Announcement at the White House - September 22, 2025

StressLens

6 Topics

10 Entities

Moderation

7 Speakers

No StressLens scores avaiable

Full Transcript

Donald Trump

00:00:00-00:00:33 (34 sec)

No StressLens

Hello, everyone. Thank you very much. So I've been waiting for this meeting for 20 years, actually, and it's not that everything's 100 percent understood or known, but I think we've made a lot of strides. I wish it was done a long time ago. Today, we're delighted to be joined by America's top medical and public health professionals as we announce historic steps to confront the crisis of autism, horrible, horrible crisis.

Donald Trump

00:00:33-00:00:57 (24 sec)

No StressLens

I want to thank the man who brought this issue to the forefront of American politics along with me, and we actually met in my office, is it like 20 years ago, Bobby? It's probably 20 years ago, in New York. I was a developer, as you probably heard, and I always had very strong feelings about autism and how it happened and where it came from.

Donald Trump

00:00:57-00:01:19 (22 sec)

No StressLens

And he and I -- I don't know. The word got out and I wouldn't say that people were very understanding of where we were, but it's turning out that we understood a lot more than a lot of people who studied it, we think. And I say we think because I don't think they were really letting the public know what they knew.

Donald Trump

00:01:19-00:01:44 (25 sec)

No StressLens

Thanks as well to the director of the National Institute of Health, Dr. Jay Bhattacharya; FDA commissioner Dr. Mary Makary. These are great people. Administrator of the Centers for Medicare and Medicaid Services Dr. Mehmet Oz; and Acting Assistant Secretary of HHS Dr. Dorothy Fink. So thank you all. Thank you, Dorothy, very much.

Donald Trump

00:01:44-00:02:06 (22 sec)

No StressLens

The meteoric rise in autism is among the most alarming public health developments in history. There's never been anything like this. Just a few decades ago, 1 in 10,000 children had autism. So that's not a long time. And I've always heard, you know, they say a few, but I think it's a lot less time than that.

Donald Trump

00:02:06-00:02:35 (28 sec)

No StressLens

It used to be 1 in 20,000, then 1 in 10,000. And I would say that's probably 18 years ago. And now it's 1 in 31, but in some areas it's much worse than that, if you can believe it, 1 in 31. And I gave numbers yesterday for boys, it's 1 in 12. I was told that's in California where they have a -- for some reason, a more severe problem.

Donald Trump

00:02:35-00:03:07 (32 sec)

No StressLens

But whether it's 1 in 12 or 1 in 31, can you imagine, that's down from 1 in 20,000 then 1 in 10,000. And now we're at the level of 1 in 12, in some cases, for boys, 1 in 31 overall. So since 2000, autism rates have surged by much more than 400 percent. Instead of attacking those who ask questions, everyone should be grateful for those who are trying to get the answers to this complex situation.

Donald Trump

00:03:07-00:03:36 (30 sec)

No StressLens

And the first day, all of these great doctors behind me were there, I told them this is what -- we have to find out. Because when you go from 20,000 to 10,000 and then you go to 12, you know there's something artificial. They're taking something. And by the way, I think I can say that there are certain groups of people that don't take vaccines and don't take any pills, that have no autism, that have no autism.

Donald Trump

00:03:36-00:03:42 (6 sec)

No StressLens

Does that tell you something? That's currently -- is that a correct statement, by the way?

Robert F. Kennedy Jr.

00:03:42-00:03:48 (6 sec)

No StressLens

There are some studies that suggest that, yeah, but the Amish, for example.

Donald Trump

00:03:48-00:04:33 (45 sec)

No StressLens

The Amish. Yeah, virtually -- I heard none. See, Bobby wants to be very careful with what he says and he should, but I'm not so careful with what I say, but you have certain groups, the Amish as an example. They have essentially no autism. First, effective immediately, the FDA will be notifying physicians that the use of a -- well, let's see how we say that

acetaminophen -- is that OK? Which is basically commonly known as Tylenol during pregnancy, can be associated with a very increased risk of autism.

Donald Trump

00:04:33-00:05:03 (30 sec)

No StressLens

So taking Tylenol is not good. All right. I'll say it. It's not good. For this reason, they are strongly recommending that women limit Tylenol use during pregnancy unless medically necessary. That's, for instance, in cases of extremely high fever, that you feel you can't tough it out. You can't do it. I guess there's that.

Donald Trump

00:05:03-00:05:34 (31 sec)

No StressLens

It's a small number of cases, I think. But if you can't tough it out, if you can't do it, that's what you're going to have to do. You'll take a Tylenol, but it'll be very sparingly. It can be something that's very dangerous to the woman's health, in other words, a fever that's very, very dangerous and ideally a doctor's decision because I think you shouldn't take it and you shouldn't take it during the entire pregnancy.

Donald Trump

00:05:34-00:05:55 (21 sec)

No StressLens

They may tell you toward the end of the pregnancy, you shouldn't take it during the entire. And you shouldn't give the child a Tylenol every time he goes -- he's born and he goes and has a shot. You shouldn't give a Tylenol to that child. All pregnant women should talk to their doctors for more information about limiting the use of this medication while pregnant.

Donald Trump

00:05:55-00:06:24 (29 sec)

No StressLens

So ideally, you don't take it at all. But if you have to -- if you can't tough it out or if there's a problem, you're going to end up doing it. The other thing that I can tell you that I'll say that they will maybe say at a little bit later date. But I think when you go for the shot, you do it

over a five-time period, take it over five times or four times, but you take it in smaller doses and you spread it out over a period of years.

Donald Trump

00:06:24-00:06:55 (30 sec)

No StressLens

And they pump so much stuff into those beautiful little babies, it's a disgrace. I don't see it. I think it's very bad. They're pumping -- it looks like they're pumping into a horse. You have a little child, a little fragile child and you get a vat of 80 different vaccines, I guess, 80 different blends and they pump it in. So ideally, a woman won't take Tylenol.

Donald Trump

00:06:55-00:07:14 (19 sec)

No StressLens

And on the vaccines, it would be good instead of one visit where they pump the baby, load it up with stuff, you'll do it over a period of four times or five times. I mean, I've been so into this issue for so many years just because I couldn't understand how a thing like this could happen and you know it's artificially induced.

Donald Trump

00:07:14-00:07:39 (25 sec)

No StressLens

It's not like something that -- when you go from all of those, you know, healthy babies to a point where I don't even know structurally if a country can afford it and that's the least of the problems. To have families destroyed over this is just so, so terrible. I also -- and we've already done this. We want no mercury in the vaccine.

Donald Trump

00:07:39-00:08:08 (29 sec)

No StressLens

We want no aluminum in the vaccine. The MMR, I think should be taken separately. This is based on what I feel. The mumps, measles and the three should be taken separately. And it seems to be that when you mix them, there could be a problem. So there's no downside in taking them separately. In fact, they think it's better.

Donald Trump

00:08:08-00:08:29 (21 sec)

No StressLens

So let it be separate. The chickenpox is already separate because when that got mixed in, I guess they made it four for a while, it really was bad. So they make chickenpox individually, they're OK. When you mix them, something maybe happens. So there's no downside in doing it. It's not like, oh, if you do it, bad things.

Donald Trump

00:08:29-00:09:00 (31 sec)

No StressLens

No, it's only good side and it may not have that much of an impact, but it may have a big impact. So let those be taken separately. And then hepatitis B is sexually transmitted. There's no reason to give a baby that's almost just born, hepatitis B. So I would say, wait till the baby is 12 years old and formed and take hepatitis B. And I think if you do those things, it's going to be a whole different -- It's going to be a revolution in a positive sense in the country.

Donald Trump

00:09:00-00:09:25 (25 sec)

No StressLens

The FDA will be updating the label of an existing drug to reflect potential benefits in reducing some autism symptoms. This gives hope to the many parents with autistic children, that it may be possible to improve their lives. That's one of the things that I'm very, very happy about. I mean, this was mostly going to be on how not to have the child affected, but we've learned some pretty good things about certain elements of genius that can be given to a baby and the baby can get better.

Donald Trump

00:09:25-00:09:47 (22 sec)

No StressLens

And in some cases, maybe substantially better. Not going to be easy, but be a lot easier if it didn't happen in the first place as these great parents fully understand. Right? They fully

understand and feel so terribly for I have so many friends with autistic children. It's just -- it's a tough situation.

Donald Trump

00:09:47-00:10:09 (22 sec)

No StressLens

Finally, to help reach the ultimate goal of ending the autism fever, the NIH will be announcing 13 major grant awards from the Autism Data Science Initiatives. And to be honest with you, to me, that's the least important. It's not even a money thing at this point. There's so much money, but they have to do -- and they have to move quickly.

Donald Trump

00:10:09-00:10:28 (19 sec)

No StressLens

They -- when the alternative is that nothing bad can happen, let's do it now. I was just saying to Bobby and the group, let's do it now. Nothing bad can happen, it -- can only good happen. But with Tylenol, don't take it. Don't take it. And if you can't live, if your fever is so bad you have to take because there's no alternative to that.

Donald Trump

00:10:28-00:11:07 (39 sec)

No StressLens

Sadly, first question, what can you take instead, it's actually, there's not an alternative to that. And as you know, other of the medicines are absolutely proven bad. I mean, they've been proven bad, the aspirins and the Advil's and others, right? And they've been proven bad. So I'd like to ask Bobby to get up to the podium and say a few words, and then Dr. Bhattacharya, and Dr. Makary, Dr. Oz, Dr. Fink, followed by two incredible mothers that have experienced firsthand what this country is going through, what part of the world are going through.

Donald Trump

00:11:07-00:11:11 (4 sec)

No StressLens

And I will say, there are parts of the world that don't take Tylenol.

Donald Trump

00:11:11-00:11:31 (19 sec)

No StressLens

I mean, there's a rumor, and I don't know if it's so or not, that Cuba, they don't have Tylenol because they don't have the money for Tylenol. And they have virtually no autism, okay. Tell me about that one. Uh, and there are other parts of the world where they don't have Tylenol where they don't have autism.

Donald Trump

00:11:31-00:11:55 (24 sec)

No StressLens

That tells you a lot. And I want to say it right now. And you know the way I look at it, don't take it. Don't take it. There's -- there's no downside in not taking it. So, uh, I'd like to ask Bobby to come up and say a few words. I hope I didn't ruin his day, but that's the way I feel. [Laughter] I've been very strong on the subject for a long time.

Donald Trump

00:11:55-00:12:13 (18 sec)

No StressLens

You know, life is common sense, too. And there's a lot of common sense in this. And I wish things like this were brought up. And this group has worked so hard on it. But I'd like to be a little bit more, uh, a little speedier in the process of a recommendation. Because there's no harm in going quicker. There's absolutely no harm.

Donald Trump

00:12:13-00:12:16 (3 sec)

No StressLens

At worst, there's no harm. Thank you very much. Bobby, please.

Robert F. Kennedy Jr.

00:12:16-00:12:46 (29 sec)

No StressLens

Thank you, Mr. President. Uh, to meet the president's challenge, I ordered HHS to launch an unprecedented all agency effort to identify all causes of autism, including toxic and pharmaceutical exposures. At President Trump's urging NIH, FDA, CDC and CMS are turning over every stone to identify the etiology of the autism epidemic and how patients and parents can prevent and reverse this alarming trend.

Robert F. Kennedy Jr.

 00:12:46-00:13:10 (25 sec)

No StressLens

We have broken down the traditional silos that have long separated these agencies. And we have fast tracked research and guidance. Historically, NIH has focused almost solely on politically safe and entirely fruitless research about the genetic drivers of autism. And that would be like studying the genetic drivers of lung cancer without looking at cigarettes.

Robert F. Kennedy Jr.

 00:13:10-00:13:29 (18 sec)

No StressLens

And that's what NIH has been doing for 20 years. As a result, we don't have an answer to this critical question. Despite the cataclysmic impact of the epidemic on our nation's children, we are now replaced -- we are now replacing the institutional culture of politicized science and corruption with evidence based medicine.

Robert F. Kennedy Jr.

 00:13:29-00:13:47 (19 sec)

No StressLens

NIH research teams are currently testing multiple hypotheses with no area off limits. We promise transparency as we uncover the potential causes and treatments. And we will notify the public regularly of our progress. Today, we are announcing two important findings from our autism work that are vital for parents to know as they make these decisions.

Robert F. Kennedy Jr.

 00:13:47-00:14:18 (31 sec)

No StressLens

First, HHS will act on acetaminophen. The FDA is responding to clinical and laboratory studies that suggests a potential association between acetaminophen use during pregnancy and adverse neurodevelopmental outcomes, including later diagnosis for ADHD and autism. Scientists have proposed biological mechanisms linking prenatal acetaminophen exposure to altered brain development.

Robert F. Kennedy Jr.

00:14:18-00:14:38 (21 sec)

No StressLens

We have also evaluated the contrary studies that show no association. Today, the FDA will issue a physician's notice about the risk of acetaminophen during pregnancy and begin the process to initiate a safety label change. HHS will launch a nationwide public service campaign to inform families and protect public health.

Robert F. Kennedy Jr.

00:14:38-00:15:03 (25 sec)

No StressLens

The FDA will also recognized that acetaminophen is often the only tool for fevers and pain in pregnancy as other alternatives have well-documented adverse effects. HHS wants, therefore, to encourage clinicians to exercise their best judgment in the use of acetaminophen for fevers and pain in pregnancy by prescribing the lowest effective dose for the shortest necessary and only when treatment is required.

Robert F. Kennedy Jr.

00:15:03-00:15:22 (19 sec)

No StressLens

Furthermore, thanks to also to the politicization of science, the safety of acetaminophen against the risk of neurodevelopmental disorders in young children has never been validated. Prudent medicine therefore suggests caution and a set of acetaminophen use by young children, especially since strong evidence also has associated it with liver toxicity.

Robert F. Kennedy Jr.

00:15:22-00:15:46 (23 sec)

No StressLens

Some studies have also found the use of acetaminophen in children can potentially prolong viral illnesses. The FDA will drive new research to safeguard mothers, children and families. In addition to a possible acetaminophen connection to autism for pregnant women, infants and toddlers, our research has revealed that folate deficiency in a child's brain can lead to autism.

Robert F. Kennedy Jr.

 00:15:46-00:16:09 (23 sec)

No StressLens

We have also identified an exciting therapy that may benefit large numbers of children who suffer from autism. Peer-reviewed literature has documented that up to 60 percent of folate deficient children with ASD can have improved verbal communications if given leucovorin. I have instructed NIH, FDA and CMS to help doctors treat children appropriately.

Robert F. Kennedy Jr.

 00:16:09-00:16:35 (26 sec)

No StressLens

Jay will help tell that story, which started with sound science, the kind that restores faith in government. The announcement -- this announcement also represents a historic collaboration between NIH, FDA, CDC and CMS. We expect this to be the first of many announcements over the coming years that deliver actionable information to parents on underlying causes of autism and the potential paths for prevention and reversal.

Robert F. Kennedy Jr.

 00:16:35-00:16:58 (23 sec)

No StressLens

Finally, autism is a complex disorder with multifactorial etiology. We are continuing to investigate a multiplicity of potential causes with no areas of taboo. One area that we are closely examining, as the president mentioned, is vaccines. Some 40 to 70 percent of mothers who have children with autism, believe that their child was injured by a vaccine.

Robert F. Kennedy Jr.

 00:16:58-00:17:26 (28 sec)

No StressLens

President Trump believes that we should be listening to these mothers instead of gaslighting and marginalize them -- marginalizing them like prior administrations. Some of our friends like to say that we should believe all women, some of these same people have been silencing and demonizing these mothers for three decades because research on the potential link between autism and vaccines has been actively suppressed in the past.

Robert F. Kennedy Jr.

 00:17:26-00:17:45 (18 sec)

No StressLens

And it will take time for an honest look at this topic by scientists. But I want to reassure the people in the autism community that we will be uncompromising and relentless in our search for answers. We will perform the studies that should have been performed 25 years ago. Whatever the answer is, we will tell you what we find.

Robert F. Kennedy Jr.

 00:17:45-00:18:07 (22 sec)

No StressLens

We are researching this issue to all three agencies. Jay will discuss one of our research initiatives at NIH. This model of unleashing unbiased, de-politicized gold of standard scientific research and academic freedom to deliver actionable information to prevent and reverse disease will be a model for the framework to deliver similar -- similar results for many other chronic conditions that plague Americans.

Robert F. Kennedy Jr.

 00:18:07-00:18:08 (1 sec)

No StressLens

Jay?

Jay Bhattacharya

 00:18:08-00:18:12 (4 sec)

No StressLens

Thank you, Secretary Kennedy. And thank you President Trump.

Donald Trump

00:18:12-00:18:13 (1 sec)

No StressLens

Thank you very much.

Jay Bhattacharya

00:18:13-00:18:35 (23 sec)

No StressLens

I'm -- I'm proud to announce today that the NIH has launched the Autism Data Science Initiative to turbocharge autism research, devoting an additional $50 million to the cause of studying autism. Nearly 250 research teams from across the country applied, sent in their applications and were peer-reviewed by the NIH review panels.

Jay Bhattacharya

00:18:35-00:19:01 (25 sec)

No StressLens

Uh, the NIH review peer-reviewers chose the 13 best projects focused on root causes and therapies with replication and validation studies to guarantee gold standard science. The studies feature a new kind of science called exposomics, where scientists consider environmental and medical factors, nutrition, events during pregnancy, in combination with biology and genetics to answer vital questions about autism.

Jay Bhattacharya

00:19:01-00:19:36 (35 sec)

No StressLens

Science like this, conducted in partnership with families and physicians, is the best way to arrest and reverse the -- the autism -- autism epidemic. Autism Spectrum Disorder encompasses a very wide range of symptoms ranging from mild difficulties with social interactions to profoundly autistic children who experience severe disability -- disabilities in -- in speech and behavior.

Jay Bhattacharya

00:19:36-00:20:00 (24 sec)

No StressLens

Given this wide range of symptoms, across the spectrum, it seems certain that there will be a wide range of biological contributors to explain the cause. The great thing about the new NIH initiative on autism is that scientists will use rigorous advanced methods in causal inference, machine learning, organoids and other fresh approaches to the problem.

Jay Bhattacharya

 00:20:00-00:20:18 (18 sec)

No StressLens

The sharp rise in the prevalence of autism deserves an urgent response by the scientific community. Um, as Bobby said, the NIH has invested a lot of money to study autism over the years, but the research has not produced the answers that families and parents of autistic children deserve. And autistic children themselves deserve.

Jay Bhattacharya

 00:20:18-00:20:42 (23 sec)

No StressLens

For too long, it's been taboo to ask some questions for fear the scientific work might reveal a politically incorrect answer. Because of this restrictive focus into scientific investigations, the answers for families have been similarly restricted, often pointing families to behavioral therapies that some -- that don't work for every kid while suggesting nonmodifiable genetic factors is the cause.

Jay Bhattacharya

 00:20:42-00:21:02 (20 sec)

No StressLens

But genetics alone can't explain such a sharp rise in autism prevalence over just a few decades, as the president said. In coming months and years as NIH scientists learn more that can help autistic children and their families, we won't delay, like scientists often like to do, I can say as a scientist myself, it's really tempting to delay.

Jay Bhattacharya

 00:21:02-00:21:24 (22 sec)

No StressLens

But you have to -- but in the face of a problem like this, you have to move fast. But we're telling -- we will not delay before telling American people about what we find and we will win the public trust with transparency and rigor. Already, our broadened focus on autism research has pointed to two items that will help families prevent and treat some cases of autism.

Jay Bhattacharya

 00:21:24-00:21:44 (20 sec)

No StressLens

I'll leave the good news on these two items to my close friends and colleagues, Dr. Makary and Dr. Oz. We've been working together closely on this problem for the past six months and our cooperation represents an unprecedented collaboration with Secretary Kennedy's Department of Health and Human Services and with President Trump.

Jay Bhattacharya

 00:21:44-00:21:58 (15 sec)

No StressLens

I'm delighted to introduce Dr. Marty Makary, commissioner of the Food and Drug Administration, who'll tell you about these announcements of practical help for families with autism.

Marty Makary

 00:21:58-00:22:17 (19 sec)

No StressLens

Great. Thank you, Dr. Bhattacharya. Mr. President, this is the start of a historic shift in medical culture. This administration is working together to ask big questions about why our nation's children are getting sick so fast. Too often, medicine is doing small little studies giving us answers we already knew, but we've got to make a difference.

Marty Makary

 00:22:17-00:22:38 (21 sec)

No StressLens

You've given us a charge to identify root causes and we are not going to stop so that we can end the suffering we are watching. And if you've seen a kid with autism, with severe autism,

it's hard to watch. Kids get frustrated, they get angry, they can be crying because they want to speak and they can't speak.

Marty Makary

00:22:38-00:22:57 (19 sec)

No StressLens

It's hard to watch and it may be entirely preventable. For an epidemiologist, that child is an expanding statistic, but for a child, it can be brutal to have autism. Today, the FDA is taking action to update the label on acetaminophen and sending a letter to all US doctors, letting them know about the risks in pregnancy.

Marty Makary

00:22:57-00:23:21 (24 sec)

No StressLens

We now have data we cannot ignore. There's a very large study, the Boston Birth cohort with researchers that have -- from Johns Hopkins, my former institution and Boston University found, quote unquote, consistent associations between acetaminophen in pregnancy and autism. And the Nurses' Health Study with researchers from Yale Columbia and Harvard.

Marty Makary

00:23:21-00:23:42 (21 sec)

No StressLens

Looking at 9,000, kids found that acetaminophen use in pregnancy was associated with neurodevelopmental disorders. And four weeks ago, a mount Sinai Harvard study reviewed all the existing literature and found the overwhelming body of evidence points to an association. Sure, you'll be able to find a study to the contrary.

Marty Makary

00:23:42-00:24:04 (22 sec)

No StressLens

That's how science works. But to quote the dean of the Harvard School of Public Health, there is a causal relationship between prenatal acetaminophen use and neurodevelopmental disorders of ADHD and autism spectrum disorder. We cannot wait

any longer. And honestly there's been this perfunctory reactionary, mindless practice in medicine.

Marty Makary

00:24:04-00:24:24 (19 sec)

No StressLens

I learned it in medical school and residency, just treat all fevers, low grade fevers, treat them with acetaminophen. Why? What are we doing? A study out of Hopkins actually showed that treating a fever can prolong the duration of illness in a young kid. Maybe that's because fever is a body's natural way of ridding an infection.

Marty Makary

00:24:24-00:24:52 (29 sec)

No StressLens

When my wife was pregnant and delivered our son a few months ago, they pushed her to take acetaminophen for a low -grade fever. She said no. And then they looked to me and I said absolutely, no. I'm also here to announce good news. Today, the FDA is filing a federal register notice to change the label on an exciting treatment called prescription leucovorin so that it can be available to children with autism.

Marty Makary

00:24:52-00:25:13 (21 sec)

No StressLens

Autism may also be due to an autoimmune reaction to a folate receptor on the brain, not allowing that important vitamin to get into the brain cells. It's a fairly established mature pathway. Again, we have a duty to let doctors and the public know. We are going to change the label to make it available. Hundreds of thousands of kids in my opinion will benefit.

Marty Makary

00:25:13-00:25:39 (26 sec)

No StressLens

One study found that with kids with autism and chronic folate deficiency, two thirds of kids with autism symptoms had improvement and some marked improvement. Mr. President,

you told us to do what's medically right, to go bold and not worry about the corporations and the lobbyists, so that's what we're here doing today.

Marty Makary

 00:25:39-00:25:41 (2 sec)

No StressLens

Thank you, Mr. President.

Donald Trump

 00:25:41-00:25:43 (3 sec)

No StressLens

Thank you. Good. Thank you.

Mehmet Oz

 00:25:43-00:26:06 (23 sec)

No StressLens

Thanks, Marty. I think you all appreciate the passion in the president's voice. We've been hearing that since the inauguration. In fact, even before the inauguration, the president was upset about what he spoke to today. And so together with Secretary Kennedy, who's made it his life's work to address some of these challenges with autism, they challenged us. In fact, they were harsher than that.

Mehmet Oz

 00:26:06-00:26:33 (27 sec)

No StressLens

They wanted no silos to break down what the NIH would do, what the FDA would do, what CMS would do. They insisted that the physician leaders bust through the clutter because their agencies had the power, if we didn't do what every other prior administration had done, which is to let people function within their siloed environments.

Mehmet Oz

 00:26:33-00:26:54 (21 sec)

No StressLens

Because of that, in historic fashion and a very accelerated manner, we have a response today to the autism crisis. It is the first of several chapters, but this is breaking news. You've heard some of it. The response to the Autism crisis is going to continue to come to you under Secretary Kennedy's leadership and the president wouldn't have it any other way, as you've heard.

Mehmet Oz

 00:26:54-00:27:12 (18 sec)

No StressLens

The FDA, The FDA based on NIH research is approving prescription leucovorin for treatment of autistic children. Now if you're following the script, there should be two questions that you have, two questions that you come to your mind. The first is how will patients and parents get access to the treatment?

Mehmet Oz

 00:27:12-00:27:39 (27 sec)

No StressLens

I'll tell you how. Over half of American children are covered by Medicaid and CHIP, government health insurance, over half. Therefore, because they're covered in Medicaid and CHIP, upon this label change by Marty, state Medicaid programs in partnership with CMS will cover prescription leucovorin around the country.

Mehmet Oz

 00:27:39-00:28:02 (23 sec)

No StressLens

It's yours, but you have to go to a doctor to get a prescription because they know your child, they know you and they know the medication. States will also have tools to monitor its use and ensure appropriate utilization. That's important for a bunch of reasons because we want the right kids getting the right prescription medications.

Mehmet Oz

 00:28:02-00:28:26 (24 sec)

No StressLens

We believe private insurance companies will rapidly follow our lead if they have not already done so. And again, to make sure that this is safe and effective treatment, you need a physician to prescribe the prescription medication because it's on prescription. Second big question, how are we going to collect clinical data to answer the big questions that the president is asking and the secretary insists that we offer?

Mehmet Oz

00:28:26-00:28:48 (23 sec)

No StressLens

CMS is also issuing guidance to convene states and existing research networks to support NIH and FDA in their research efforts of prescription leucovorin, while also maintaining the privacy of all patients, all health information of our beneficiaries. Collecting real world data, which is what many of you have been asking us to do in the community, is fast.

Mehmet Oz

00:28:48-00:29:14 (25 sec)

No StressLens

It is life saving and we'll get answers based on what happens over the next few months with this approach. The aggressive approach, and it is aggressive, demanded by the president and by the secretary, have already identified risk factors and opened the door for the first, the first FDA recognized treatment pathway for autism.

Mehmet Oz

00:29:14-00:29:29 (15 sec)

No StressLens

It is the first of its kind and it wouldn't have happened without the leadership of the president and the secretary. The fivefold increased prevalence of autism over the past 25 years demands a rapid response. The average clinician researcher, we spoke to many, thought it would take five years to get this data.

Mehmet Oz

00:29:29-00:29:52 (23 sec)

No StressLens

Parents are unwilling to wait five years. The president is unwilling to wait five years for these results. So the president and the secretary are acting today with this tri-agency move. The administration's bold actions, investing in groundbreaking research, follow the science, they restore trust, which has been lacking, and they will change the trajectory for millions of American families.

Mehmet Oz

00:29:52-00:29:54 (2 sec)

No StressLens

Mr. President, God bless you for being brave.

Donald Trump

00:29:54-00:29:56 (2 sec)

No StressLens

Thank you very much.

Mehmet Oz

00:29:56-00:30:07 (11 sec)

No StressLens

Let me introduce Dr. Fink, who was acting administrator. And after Dr. Fink, we've got some wonderful women, Jackie and Amanda. I know it's going to be tough, but if you can make some comments about this historic day. God bless you.

Dorothy Fink

00:30:07-00:30:33 (27 sec)

No StressLens

Thank you, Mr. President, for this opportunity to speak with all of you today. As a pediatrician and mom, I am here today to talk about what this announcement means for the millions of moms and dads who are faced with the choice of whether to take acetaminophen during pregnancy. It's hard to hear information that challenges the status quo.

Dorothy Fink

00:30:33-00:31:03 (30 sec)

No StressLens

We are sharing this information not to confuse, but to empower parents to make the best choices when taking medications during pregnancy. We are all concerned about the rising rates of neurodevelopmental disorders, including autism. President Trump and Secretary Kennedy are dedicated to radical transparency so that patients have the best, most up to date information.

Dorothy Fink

 00:31:03-00:31:21 (18 sec)

No StressLens

We are also sharing this information with our nation's doctors and we encourage you, as always, to consult with your doctor to make the best decision for you. All too often, it's easy to think that medicines we buy without a prescription pose little to no risk for the mom or the baby.

Dorothy Fink

 00:31:21-00:31:43 (21 sec)

No StressLens

As you heard today, pregnant women who need high fever or pain reduction during pregnancy should take the lowest effective dose of acetaminophen for the shortest possible duration. Most women will not meet these indications during their pregnancies. I am encouraged by these developments today because it is another example of our commitment to the American people to leave no stone unturned in improving the health of our nation's children.

Dorothy Fink

 00:31:43-00:31:49 (7 sec)

No StressLens

Next, I'm going to turn it over to some incredible mothers who are going to share more about their stories. And we're so grateful to have you here today.

Unidentified

 00:31:49-00:32:15 (26 sec)

No StressLens

Thank you. Thank you, Mr. President and team for all your work. This is a historic day, and I'm thankful to be here. I have a son who's five, who is profoundly autistic. And you've probably heard if you've met one autistic child, you've met one autistic child. It's a spectrum. Which I don't think the spectrum is helpful, but that's another conversation.

Unidentified

00:32:15-00:32:34 (19 sec)

No StressLens

Um, he is an amazing little boy, a blessing from God. He -- he's marvelous. He can count to a thousand. He knows all of his letters and the sounds they make and a word for each one, um, but he also, um, has a lot of obstacles. He is non-verbal. He can say those numbers and letters, but there's no communication.

Unidentified

00:32:34-00:32:56 (22 sec)

No StressLens

Unless you've lived with profound autism, you have no idea. You have no idea. He like you said, he will get frustrated because he can't speak. It's not even that he can't speak. Sometimes, he just doesn't understand what I'm saying. He understands the word no. But he doesn't understand the why behind the no. And that's a huge part of discipline.

Unidentified

00:32:56-00:33:20 (25 sec)

No StressLens

That's the discipline. So it's very hard to discipline a child with autism. So you have these behaviors. And it's a very hopeless feeling. And it's very isolating being a parent with a profound autistic child. Even just taking them over to your friend's house is something we just don't do. Because again, they're going to be met with no, no, no. And no understanding of why.

Unidentified

00:33:20-00:33:48 (28 sec)

No StressLens

And then there's a meltdown. And then you're in a situation where you're just helpless and you're just trying to protect your kid. So it's just better not to do it. You learn your limits. And it's been really hard. This is amazing that we're here today. And I can't -- no one has been able to point to anything to say this is what caused it. And you can't point to that and say it didn't cause it. I have no idea.

Unidentified

 00:33:48-00:34:15 (27 sec)

No StressLens

I am completely open, not blaming anything, but I'm open to the discussion and the fact that there's work being done to find answers. I'm very grateful. I was already excited to vote for Mr. Trump, anyway, Mr. President, um, but when we got word of RFK doing his work, I was ecstatic. I could not wait for this work to be done.

Unidentified

 00:34:15-00:34:29 (14 sec)

No StressLens

That somebody would try to find us some answers. I'm just very grateful, um, I pray for my son every day. And I hope that he can get the help that he needs. And uh, just thank you.

Donald Trump

 00:34:29-00:34:31 (1 sec)

No StressLens

Thank you, darling.

Unidentified

 00:34:31-00:34:31 (1 sec)

No StressLens

Thank you very much.

Donald Trump

 00:34:31-00:34:33 (2 sec)

No StressLens

Thank you. You take care of yourself.

Unidentified

00:34:33-00:34:50 (17 sec)

No StressLens

I Thank you. Hi, my name is Jackie. I'm also extremely grateful for the opportunity to be here and share my son's story. My son is Eddie. He's 11. He's on the opposite end of the spectrum from what Amanda just explained. He's considered high functioning. He was not always high functioning. He was nonverbal until the age four.

Unidentified

00:34:50-00:35:12 (21 sec)

No StressLens

We've had quite -- quite a hard time to get to the place where we are today. I am just so grateful to President Trump and the entire administration for finally listening to moms who have been crying out for help for answers for years. I've met so many other moms with children on the spectrum in the nine years since my son's diagnosis and they all have very similar stories.

Unidentified

00:35:12-00:35:38 (26 sec)

No StressLens

And they've all just wanted somebody to listen. To not ridicule them or look at them like they were the crazy people. It's hard when you don't have doctors that take the time to really listen and -- and find out when the change happened and what change happened. And -- and it's just -- I've been praying for this day for nine years.

Unidentified

00:35:38-00:35:55 (17 sec)

No StressLens

And I'm so thankful to God for -- for bringing the administration into our lives. And I am just -- I'm speechless. This day is a day I never thought would happen. I thought that we would never have an administration that was courageous enough to look into things that no prior administration had. So I'm just here to express my gratitude.

Unidentified

00:35:55-00:36:03 (7 sec)

No StressLens

And I am looking forward to what comes from this. And hopefully, we just get more answers. So, thank you.

Donald Trump

00:36:03-00:36:31 (28 sec)

No StressLens

Thank you very much. So I just want to say acetaminophen is basically Tylenol, essentially. Because I noticed that term is used throughout this conference. So it's essentially titled -- Tylenol. And I just recommend strongly that you don't use Tylenol unless it's absolutely necessary. They -- I understand it's maybe 10 percent of the women that are pregnant are, you know, would perhaps be forced to use it. And that would mean -- you just can't tough it out.

Donald Trump

00:36:31-00:36:57 (27 sec)

No StressLens

No matter what you do, you can't tough it out. So that's up to you and your doctor. But this is a very strong recommendation, maybe stronger for me than from the group because they're waiting for certain studies. I don't -- I just want to say, I want to say it like it is, don't take Tylenol. Don't take it. If you just can't -- I mean it's fight like hell not to take it. There may be a point where you have to and that you'll -- you have to work out with yourself.

Donald Trump

00:36:57-00:37:17 (19 sec)

No StressLens

So don't take Tylenol. Other things that we recommend or certainly I do anyway is uh -- and it's so important to me to take -- see the doctor four times or five times for a vaccine. Don't let them pump your baby up with the largest pile of stuff you've ever seen in your life going into the -- the delicate little body of a baby.

Donald Trump

00:37:17-00:37:43 (26 sec)

No StressLens

Even if it's two years, three years, four years, you just break it up into, I would say five, but let's say four, four visits to the doctor instead of one. And certain things I think you should do. We've already taken out and are in the process of taking out mercury and aluminum now. You know what Mercury is, you know what aluminum is. Who the hell wants that pumped into a body?

Donald Trump

00:37:43-00:38:14 (31 sec)

No StressLens

And there were rumors about both of them for a long time. But uh, we're having them taken out. We're having them taken out of the vaccines. Hepatitis B, again, that's sexually transmitted. And we think you should wait -- I think you should wait till 12. You know, I'm just making these statements for me. I'm not making them from these doctors because when they, uh, they talk about, you know, different results, different studies, uh, I talk about a lot of common sense.

Donald Trump

00:38:14-00:38:36 (22 sec)

No StressLens

And they have that too. They have that too a lot. But I recommend the Hepatitis B take, uh, take it, uh, at 12. It's sexually transmitted. You don't have to give it to the baby when the baby is two years old. And there are a lot of theories on that, but not when they're 12. It's not -- it doesn't seem to be a problem at all.

Donald Trump

00:38:36-00:38:56 (20 sec)

No StressLens

The MMR, uh, and the chickenpox. Chickenpox has already been broken out. It's a singular -- singular shot. But the MMR is, uh, is not. And I've heard for years that there's a problem with it. But they say that there's no problem if you do each shot separately, not put together. So an MMR get -- go out and do it separately.

Donald Trump

00:38:56-00:39:18 (22 sec)

No StressLens

Don't take Tylenol. Don't give Tylenol to the baby after the baby is born. Every time the baby gets a shot, the baby goes gets a shot. They say here take a couple of Tylenol. I've heard that for years, take Tylenol. Don't take Tylenol. Don't have your baby take Tylenol. Now Tylenol is fine for people that aren't pregnant, that aren't in the situation.

Donald Trump

00:39:18-00:39:42 (24 sec)

No StressLens

Now we're talking about one very specific situation. If you're pregnant, don't take Tylenol. When you have your baby, don't give your baby Tylenol, at all. Unless it's absolutely necessary, don't do it. Break up your visits to the doctors. Break them up. Do it in five if you can. Now it's inconvenient, it's inconvenient.

Donald Trump

00:39:42-00:40:06 (24 sec)

No StressLens

Oh, you got to have to go back. Another year later, you've going to go back each year for four years, five years, three years, just break it up. Break it up. Because it's too much liquid, too many different things are going into that baby at too big -- a too big a number. The size of this thing when you look at it, it's like 80 different vaccines and beyond vaccines, and 80. And you give that to a little kid.

Donald Trump

00:40:06-00:40:21 (15 sec)

No StressLens

I mean, I can tell you that, uh, I had a woman who worked for me, a beautiful, wonderful woman who worked in Trump Tower and she had the most perfect child, beautiful, just perfect.

Donald Trump

00:40:21-00:40:43 (22 sec)

No StressLens

And I remember this little blond haired boy running around the lobby of Trump Tower, so healthy and so vibrant and I said, that's great. One day, I came in and she was crying her eyes out behind the counter. She worked at the front desk. She was crying her eyes out. I've never -- as much as I've ever seen anyone distraught, she was.

Donald Trump

 00:40:43-00:41:26 (43 sec)

No StressLens

I said, are you OK, what happened? My boy, my boy, I've lost my boy. What does that mean, your boy? My boy, you know him, sir. You've seen him grow up. He was so beautiful. And I took him for a vaccine, sir, and he developed this unbelievable, I think she said 107, 108 -- you know, it goes well beyond, when this happens, it goes up to 106, 107, 108. You know, we hear 105 and you're in trouble, but it just goes up to a level that you never hear about, but it goes up very high.

Donald Trump

 00:41:26-00:41:54 (28 sec)

No StressLens

And they get -- it's fried. They get fried. She said, I took him, he developed an unbelievable temperature and I've lost him, sir, he's gone. And then I saw the boy, it was a whole -- it was so tragic to see. That was the following day. That was the following day after the vaccine. And I've seen it two other times and I think three other times, but two other times, where they go to the doctor and they get the vaccine, they get the shot.

Donald Trump

 00:41:54-00:42:17 (23 sec)

No StressLens

The kid is, you know, badly hurt. Let's be nice, badly hurt, and just do it, break it up into five, break it up into four. Break it up into three if you have to, but go to the doctor four times instead of once, or five times instead of once. And for some reason, they insist that you put it all into the body and maybe that's the drug companies.

Donald Trump

 00:42:17-00:42:46 (29 sec)

No StressLens

They make more money. That way maybe it's the doctors because they don't want to be, you know, doing this so much. Maybe it was -- maybe it's the doctors, they get maybe more money. Who the hell knows what it is. Don't do it. Get them broken into four or five visits, do it in four or five. That means you have 20 percent, 25 percent what you're putting into the baby's body.

Donald Trump

 00:42:46-00:43:05 (18 sec)

No StressLens

It can only help. It can only help. And the other things I told you about, just the words tough it out. You know, it's easy for me to say tough it out, but sometimes in life or a lot of other things, you have to tough it out also. Don't take Tylenol -- don't give Tylenol to the baby when the baby is born.

Donald Trump

 00:43:05-00:43:24 (19 sec)

No StressLens

They throw it at you, here, throw it, give him a couple of Tylenol, they give him a shot. They give him a vaccine. And every time they give him a vaccine, they're throwing Tylenol. And some of these babies, they're long born and all of a sudden they're gone. And it doesn't hurt not to do it. It doesn't hurt.

Donald Trump

 00:43:24-00:43:44 (20 sec)

No StressLens

There's no downside. There's no downside at all. And break up MMR, break it up. It's practically a known fact that if you break it up, you're not going to have a problem. But for years, we've been hearing how bad MMR is as a combination and I'm very happy that you broke out chickenpox because that was really a problem.

Donald Trump

 00:43:44-00:44:02 (18 sec)

No StressLens

And there are other things. It's interesting, because there are other things, other -- we were talking about it, other different drugs pills that you take that we know are so bad and they don't take them anymore. But for some reason, with this, they keep taking it. Don't take Tylenol. There's no downside.

Donald Trump

00:44:02-00:44:23 (21 sec)

No StressLens

Don't take it. You'll be uncomfortable. It won't be as easy, maybe, but don't take it. If you're pregnant, don't take Tylenol and don't give it to the baby after the baby is born. And you know, we have more than three years left. And I told Bobby and the doctors behind me and they are so committed to this.

Donald Trump

00:44:23-00:44:54 (31 sec)

No StressLens

I told them that this is the number one thing I want to do from you and you know, we have something else called Favored Nations, where I'm going to be reducing drug prices by 1,000 percent, by 900, 600, 500, 1,200. We're going to be reducing drug prices at levels never seen. It's called Favored Nations. We're going to be paying what the -- right now, we're like the garbage can for the rest of the world and we have been for forever.

Donald Trump

00:44:54-00:45:19 (25 sec)

No StressLens

We pay much higher for drugs than the rest of the world. We subsidize the rest of the world. We're not doing that anymore and that's a big thing. That's a big thing. That's bigger than anything. I told this story the other night, that I was so proud of my first term that for the final year, drug prices went down one quarter of one percent, and I was so proud.

Donald Trump

00:45:19-00:45:43 (24 sec)

No StressLens

I said -- I'm the first one to do it. I think it was 28 years, they said, where drug prices went down from the beginning of the term to the end, and I was so proud. I called a news conference. I said, you know, drug prices have gone down, first time it's happened in 28 years. You know what it was, one quarter of one percent.

Donald Trump

00:45:43-00:46:07 (24 sec)

No StressLens

I was so proud. Now we're going to have them go down from $100 a pill to $9 a pill, from $1,300 for a shot of like an Ozempic or the fat -- I call it the fat pill or the fat drug. Sometimes it works, I guess for people. The ones I've seen, it hasn't worked so well. A lot of friends, they're fat and they said, yeah, I lost some weight.

Donald Trump

00:46:07-00:46:30 (22 sec)

No StressLens

I said, you don't look it to me, but they paid $1,300, $1,200 and they go to London and they pay $88 and they call me and they go, what's this all about? We're subsidizing the rest of the world, stupidly, because a lot of stupid people in this country running things. And how big is that, but to me that's nothing compared to autism.

Donald Trump

00:46:30-00:46:55 (25 sec)

No StressLens

I see that gorgeous boy, I have a big present for him in the back. You know, you bring him back. We're going to bring him into the Oval Office. I have the best present he's ever going to get, OK, a big one. I saved it for you, OK, because I heard you were coming. Look how beautiful he is. So that's it. There's nothing much to say.

Donald Trump

00:46:55-00:47:18 (23 sec)

No StressLens

Don't take Tylenol if you're pregnant and don't give Tylenol to your child when he's born or she's born. Don't give it, just don't give it. And we're going to have, I think, really -- if you do

all -- the things that I say, break it up, just break it up. Break up the shots with the doctor. MMR, as I told you, separate, separate, separate.

Donald Trump

00:47:18-00:47:51 (34 sec)

No StressLens

Chicken pox, already separate. You do these things, I'm telling you -- I want -- when I leave office, I don't want to have -- it's going to be the kind of number that we're hearing where it's 1 in 32 or 1 in 10 because I've heard 1 in 10 also. And in California, it's really bad. I want it to be -- let's get it back to maybe 1 in 10,000 or 1 in 20,000 or maybe none in 20,000. And the only way you're going to do that -- because this is artificially induced.

Donald Trump

00:47:51-00:48:20 (29 sec)

No StressLens

This is induced by something you don't go from 1 in 20,000 to 1 in 10,000 then to 1 in 10. That means you're taking something and something's wrong. And I feel very certain, and I know I'll be criticized. Some day, they'll look back and they'll say, well, it wasn't, but I think it will. I think we're going to have a tremendous -- I want -- this is one of the most -- this is the most important.

Donald Trump

00:48:20-00:48:43 (23 sec)

No StressLens

There's nothing more important than me. We cured inflation that Biden gave us. He gave us so much inflation, the biggest ever in history. We got inflation done. We brought prices down. We gave you the largest tax cuts, all that stuff. It doesn't mean a thing compared to what we're doing today. This means everything.

Donald Trump

00:48:43-00:48:58 (15 sec)

No StressLens

So we're going to save a lot of children from a tough life, a really tough life. We're going to save a lot of parents from a tough life. OK. How about a few questions? Let's just make it on

this subject. This is so beyond as a subject that I'd rather not talk about, you know, some nonsense on the economy.

Donald Trump

 00:48:58-00:49:04 (6 sec)

No StressLens

And I will say this, the economy is unbelievable. The stock market just hit another record high and all that stuff, this means more to me. Yeah, please.

Question

 00:49:04-00:49:08 (4 sec)

No StressLens

Mr. President, I have one on your announcement, one on vaccines, that's also related.

Donald Trump

 00:49:08-00:49:09 (1 sec)

No StressLens

Yes.

Question

 00:49:09-00:49:17 (8 sec)

No StressLens

Why do you think we haven't heard more previously about the tie to autism and acetaminophen?

Donald Trump

 00:49:17-00:49:40 (23 sec)

No StressLens

Nobody knows. I don't know. Not only that, when you say it, you get attacked. I was saying something similar, not as strongly because now facts are on our side, but I was saying it with Bobby 20 years ago and I was attacked. I said, whoa, what was that all about? I had no idea. You get attacked. I don't know.

Donald Trump

00:49:40-00:50:23 (43 sec)

No StressLens

The medical community, the drug companies, doctors -- I don't know what it is. All I want to do -- I don't care. I don't care about being attacked. It doesn't matter to me. I believe that the numbers at the end of our term or shortly thereafter could be really phenomenal. I want it to go up. Just like it came down to this horrible level, 1 in 10, 1 in 12. I was told 1 in 10, I was told 1 in 12. Today, I heard 1 in 31, if you add the girls and the boys together.

Donald Trump

00:50:23-00:50:37 (14 sec)

No StressLens

It's crazy. And it was 1 in 10,000 and 1 in 20,000. It's not even sustainable for a country, you want to know the truth. And there are other places that don't have it and they have things in common and that's called medical research. Yeah, please.

Question

00:50:37-00:50:41 (4 sec)

No StressLens

Mr. President, I'm curious, as you look at the trend lines --

Donald Trump

00:50:41-00:50:41 ( sec)

No StressLens

Yeah.

Question

00:50:41-00:50:53 (12 sec)

No StressLens

-- how much of this is the causation of acetaminophen and how much is sort of better diagnosis, doctors, researchers having a better understanding of what is on the autism spectrum?

Donald Trump

00:50:53-00:50:54 (1 sec)

No StressLens

Do you want to do that?

Robert F. Kennedy Jr.

00:50:54-00:50:54 ( sec)

No StressLens

Yeah.

Donald Trump

00:50:54-00:50:55 (1 sec)

No StressLens

Go ahead, Bobby.

Robert F. Kennedy Jr.

00:50:55-00:51:13 (18 sec)

No StressLens

That's one of the canards that has been promoted by the industry for many years that it's changed diagnostic criteria, better recognition. And -- but there's been study after study done of that, that completely debunks that. One of them by the Mind Institute at UC Davis, University of California. Um, but also it's just common sense.

Robert F. Kennedy Jr.

00:51:13-00:51:34 (22 sec)

No StressLens

Because you're only seeing this in people who are under 50 years of age. If it were better recognition or diagnosis, you'd see it in a 70 year old men. I've never seen this happening in people my age. I've never seen a case of full blown autism. And that means profound autism. I want to be very careful. Headbanging, stimming, toe walking, non-verbal, non-toilet trained.

Robert F. Kennedy Jr.

00:51:34-00:51:40 (6 sec)

No StressLens

I've never in my life seen a 70 year old man who looks like that. You're only seeing it in a kid. It's an epidemic.

Question

 00:51:40-00:51:42 (2 sec)

No StressLens

Mr. President?

Note

 00:51:42-00:51:42 ( sec)

No StressLens

[Crosstalk]

Question

 00:51:42-00:52:05 (23 sec)

No StressLens

Mr. President? Mr. President, I was hoping that you could clear up confusion for moms and dads across America, many of whom voted for you. There's a statement that was put out by the American College of Obstetricians and Gynecologists. And in their statement, they write, "acetaminophen remains a safe trusted option for pain relief during pregnancy.

Donald Trump

 00:52:05-00:52:06 (1 sec)

No StressLens

Yeah.

Question

 00:52:06-00:52:11 (4 sec)

No StressLens

And that's at odds with what you said and with what many of the experts say.

Donald Trump

00:52:11-00:52:11 ( sec)

No StressLens

Yeah.

Question

00:52:11-00:52:12 (1 sec)

No StressLens

How do you --

Donald Trump

00:52:12-00:52:43 (32 sec)

No StressLens

It's the establishment. That's the establishment. They're funded by lots of different groups. Uh, and you know what? Maybe they're right. I don't think they are because I don't think the facts bear it out at all. Uh, they're fighting for something that, in my opinion, they shouldn't be fighting for. But here's the thing, there's no downside to doing -- other than a mother will have to, as I say, tough it out a little bit.

Donald Trump

00:52:43-00:53:16 (33 sec)

No StressLens

There's no downside to doing this. It's not like, oh, if you do this, you're going to die. There's no downside. There's no downside to going over a four year or five year period or a three year period or even if you space them out for six months. You space it out. There's no downside. And that's why I will say the gentleman behind me, they have very strong views.

Donald Trump

00:53:16-00:53:35 (19 sec)

No StressLens

And they feel that we're right. But they'll have more research done over the next two months. I said, well, two months is a long time. A lot of people can be saved. And there's no downside to doing it. Everything I said, there's no downside to doing it. It can only be good. And I think you're going to see very good results.

Donald Trump

00:53:35-00:53:58 (23 sec)

No StressLens

That's establishment stuff. And we've been reading that about a lot of things for years. And you know what's happened? We've gone from one in 20,000, to one in 10,000, to one in 32, to one in 10. Think of it. One in 10 or 12 or one in 31. Think of it, one in 31 people, young kids get autism. What is it, Jeff?

Note

00:53:58-00:53:58 ( sec)

No StressLens

[Crosstalk]

Question

00:53:58-00:54:11 (13 sec)

No StressLens

My question is about Leucovorin. You mentioned that as part of your plan. Um, that is also a chemotherapy treatment. Have you been in touch with the drug companies to increase production --

Donald Trump

00:54:11-00:54:14 (3 sec)

No StressLens

Why don't I have the doctor answer that?

Question

00:54:14-00:54:27 (12 sec)

No StressLens

And just I'm going to throw in my follow up at the same time. Dr. Oz mentioned that this will be available with chip, children who are on chip, but the great -- the Big, Beautiful Bill reduced funding for CHIP and Medicaid by $1 trillion over the next ten years.

Donald Trump

00:54:27-00:54:28 (1 sec)

No StressLens

Yeah, that's --

Question

00:54:28-00:54:36 (8 sec)

No StressLens

Are you concerned that that will impact your ability to get this drug out?

Donald Trump

00:54:36-00:54:39 (3 sec)

No StressLens

I'll explain it to you in a second, but please go ahead.

Marty Makary

00:54:39-00:55:01 (22 sec)

No StressLens

Thank you. Thank you. Leucovorin is not a chemotherapy, but it is a vitamin given with chemotherapy, sometimes. And the idea here is that the folic acid receptor in the brain is blocked by some antibody response. It might be 20, 40, 50 percent of kids with autism. And Leucovorin will bypass that blocked receptor.

Marty Makary

00:55:01-00:55:08 (8 sec)

No StressLens

And that's why so many doctors are probably seeing so much clinical improvement on kids with Leucovorin.

Question

00:55:08-00:55:13 (5 sec)

No StressLens

So are you going to increase production? Have you talk to the companies?

Marty Makary

00:55:13-00:55:20 (7 sec)

No StressLens

Yeah, we've been in touch with the companies. And they are prepared to ramp up production. And we actually talked to them about a month ago.

Donald Trump

00:55:20-00:55:36 (17 sec)

No StressLens

And on your second part of your nasty question, the -- the number is that the great Big Beautiful Bill, which is the greatest, I think the -- one of the best things ever passed in the history with the tax cuts and regulation cuts and all of the things it does, no tax on tips, no tax on Social Security, no tax on overtime, all of it does.

Donald Trump

00:55:36-00:55:45 (9 sec)

No StressLens

It also gives $200 million, as just explained by Dr. Oz. And I'd like you to explain that, Dr., to exactly what you're saying.

Mehmet Oz

00:55:45-00:56:05 (20 sec)

No StressLens

The Big Beautiful Bill actually increases Medicaid spending projected over the next ten years by $200 billion. There's also a $50 billion Rural Health Transformation Fund, which will allow a lot of these programs to get into rural parts of the country that the president and Congress are -- are candy to governors to start distributing.

Mehmet Oz

00:56:05-00:56:37 (32 sec)

No StressLens

Those grants that have already gone out. The money will be allocated by the end of this calendar year. And I want to point out that the ability of NIH to do research that feeds and

hands the ball to the FDA, which then can change labeling to allow Medicaid programs and states to fund this program will ensure that the things that President Trump and Secretary Kennedy desire are financially affordable for the families around America.

Question

 00:56:37-00:56:44 (7 sec)

No StressLens

You mentioned CHIPs, that's why I asked that question. You mentioned that CHIP would fund this for children.

Mehmet Oz

 00:56:44-00:57:11 (27 sec)

No StressLens

Well, most of the kids are on Medicaid, probably 43 percent are on Medicaid and another eight-10 percent on CHIP. And all the programs in general are being evaluated. Most of what the one Big Beautiful dill -- Bill was seeking to do was to remove fraud, waste and abuse. But the programs themselves should stay financially intact for the people for whom they were designed.

Mehmet Oz

 00:57:11-00:57:12 (1 sec)

No StressLens

And in this case, for children.

Donald Trump

 00:57:12-00:57:15 (2 sec)

No StressLens

And the only thing --

Note

 00:57:15-00:57:15 ( sec)

No StressLens

[Crosstalk]

Donald Trump

00:57:15-00:57:25 (11 sec)

No StressLens

The only thing we cut, so that's $200 billion positive. The only thing we cut was for fraud, waste and abuse, of which there was a lot in this country. And nobody minds that. Yeah, please.

Question

00:57:25-00:57:42 (17 sec)

No StressLens

Mr. President, you said that there is no reason to give newborn babies Hepatitis B vaccines, but Hepatitis B can be contracted, not just through sexually transmitted diseases. It can come from needles to open wounds. So when you say you feel, you know, is that appropriate to be telling --

Donald Trump

00:57:42-00:57:46 (4 sec)

No StressLens

I think it's absolutely appropriate. I think they should wait until they're 12 years old. Yes, please.

Question

00:57:46-00:57:56 (9 sec)

No StressLens

Thank you all for being here. You've been talking about reducing autism by spacing out vaccines. Would you like other combined vaccines babies receive to be spaced out like MMRV?

Donald Trump

00:57:56-00:57:57 (1 sec)

No StressLens

What is this -- again?

Question

 00:57:57-00:57:58 (1 sec)

No StressLens

Um, you've been talking --

Donald Trump

 00:57:58-00:58:00 (2 sec)

No StressLens

You have to -- speak up, please.

Question

 00:58:00-00:58:03 (4 sec)

No StressLens

Yes, sir. You've been talking about reducing autism by spacing out vaccines.

Donald Trump

 00:58:03-00:58:05 (2 sec)

No StressLens

Right, correct.

Question

 00:58:05-00:58:10 (5 sec)

No StressLens

Would you like the other combined vaccines babies receive to be spaced out like MMRV?

Donald Trump

 00:58:10-00:58:30 (20 sec)

No StressLens

I would say yes, but that just is -- for me, it's a lot of common sense involved in this. It's a process. But we're looking. But it should at least be given separately. Now it's possible that you can reduce them and give it -- I'd give them in small doses, but it's possible maybe in that particular case, the MMR wouldn't work in small doses.

Donald Trump

00:58:30-00:58:51 (21 sec)

No StressLens

But you can certainly give them a separate charge. It's been proven to be very safe when you give them in separate shots instead of mixing. So I don't think there's any reason to do that. Do you agree with that? I'm not a doctor, but I'm giving my opinion. I don't think there's any reason to do that. So it's been proven to be safe when you break them up. But MMR, by itself, I've heard bad things about it for many years.

Donald Trump

00:58:51-00:58:52 (1 sec)

No StressLens

Yes, please.

Question

00:58:52-00:59:04 (12 sec)

No StressLens

Mr. President, is the spectrum too broad in your opinion? For research purposes, you are dealing with a population of children who might have social boundary difficulties. And then you have children who are, you know, going to grow up to be adults in diapers.

Donald Trump

00:59:04-00:59:04 ( sec)

No StressLens

Yeah.

Question

00:59:04-00:59:05 (1 sec)

No StressLens

I mean, what do you think?

Donald Trump

00:59:05-00:59:22 (17 sec)

No StressLens

Uh, we don't know how broad the spectrum is. We don't know exactly where it starts and where it ends. But we do know what we're going through. We're going through some very serious trouble. And we know autism. I mean, it's -- it could be bigger, it could be smaller, a little bit smaller, but the number is unacceptable.

Donald Trump

00:59:22-00:59:39 (17 sec)

No StressLens

And the number, the way it's come down the way because the spectrum has remained the same, the number, the way it's come down is just, uh, unacceptable. Meaning, come down to that level of one in 10, one in 12, one in 31. Go ahead in the back.

Question

00:59:39-01:00:00 (21 sec)

No StressLens

Um, this question is more directed towards Secretary Kennedy. Uh, you talked about that we're just kind of finding out about, uh, the fact that babies are affected this way. Uh, is there a concern that information is being suppressed right now within HHS? And could an investigation perhaps be launched --

Donald Trump

01:00:00-01:00:23 (23 sec)

No StressLens

Well, I think information has been really, uh, not given out very freely over the years, absolutely. And I think that's by drug companies and maybe doctors. But I certainly think that over the years. Uh, I think this is a different group. We -- we have a lot of information. And that information, I mean, it's the information that we have that we're making these statements.

Donald Trump

01:00:23-01:00:45 (22 sec)

No StressLens

And I'm making them out front. And I'm making them loud. And I'm making them strongly not to take Tylenol. Not to take it. Just don't take it unless it's absolutely necessary. And there's not too many cases where that will be the case. And again, what's the worst? The worst is nothing can happen. It's very positive.

Donald Trump

01:00:45-01:01:04 (19 sec)

No StressLens

That's a positive thing. But I don't believe that's -- that -- I don't actually believe that's possible. I think the results are going to be amazing. I want to see amazing results by the time I leave this beautiful building. And I -- I will consider this -- I believe, you know, with the wars, I've stopped seven different wars.

Donald Trump

01:01:04-01:01:22 (17 sec)

No StressLens

I've saved millions of lives. I've done a lot of things. This will be as important as any single thing I've done. Because I know ladies, beautiful ladies, just like this, that are going through the same thing. And it's not easy. And I admire you for being able to do it. But I admire him, too. I wish I had a face that look like that.

Donald Trump

01:01:22-01:01:25 (3 sec)

No StressLens

If I had looks like him, I would've been president a long time ago. [Laughter]

Note

01:01:25-01:01:25 ( sec)

No StressLens

[Crosstalk]

Question

01:01:25-01:01:35 (11 sec)

No StressLens

Mr. President? [Inaudible] is widely used in other countries too. As you made this announcement, do you expect your decision may affect other countries?

Donald Trump

 01:01:35-01:01:54 (19 sec)

No StressLens

I hope they follow it. Yeah. I hope they follow it. Yeah, other countries are -- you know, sell Tylenol. Some countries don't. I mean, I hear Cuba -- now, again, you'll have to check this out, but I hear Cuba doesn't have it because it's very expensive and they don't have the money to have it, or they don't want to spend the money to have it. They don't have Tylenol.

Donald Trump

 01:01:54-01:01:59 (5 sec)

No StressLens

And I hear they have essentially no autism. So you have to check it out. w

Question

 01:01:59-01:02:00 (1 sec)

No StressLens

Mr. President?

Donald Trump

 01:02:00-01:02:02 (2 sec)

No StressLens

Yeah, Brian, please.

Question

 01:02:02-01:02:04 (2 sec)

No StressLens

Medical professionals have warned for decades --

Donald Trump

 01:02:04-01:02:08 (4 sec)

No StressLens

No, no, I said -- no, not you. You're CNN. You're fake news. Go ahead, Brian.

Question

 01:02:08-01:02:16 (8 sec)

No StressLens

Thank you, Mr. President. I want to go back to the Amish community if I could, just for a second. I recently saw a man from Minnesota, an Amish man from Minnesota --

Donald Trump

 01:02:16-01:02:16 ( sec)

No StressLens

Right.

Question

 01:02:16-01:02:27 (11 sec)

No StressLens

-- on a podcast. And the host asked him what the rates were for like ADHD and autism and he had no idea about ADHD, didn't know it existed and certainly didn't know of any cases. What are --

Donald Trump

 01:02:27-01:02:45 (18 sec)

No StressLens

It doesn't exist with the Amish community, and they don't take all of this junk. It doesn't exist. That tells you -- doesn't that tell you -- that's like -- you know, that's like certain countries where it doesn't exist and they don't take it. Would you like to make a comment about that, Marty?

Marty Makary

 01:02:45-01:02:56 (11 sec)

No StressLens

The Amish population are a very mixed group, so there's a subset that take vaccines, a subset that does not, and we know they have very low rates of chronic disease all across the board.

Question

01:02:56-01:02:59 (3 sec)

No StressLens

Mr. President?

Donald Trump

01:02:59-01:03:00 (1 sec)

No StressLens

Please.

Question

01:03:00-01:03:06 (6 sec)

No StressLens

Thank you, Mr. President. Should the establishment media show at least some openness to trying to figure out what the cause [Inaudible]

Donald Trump

01:03:06-01:03:08 (1 sec)

No StressLens

I wish they would, yeah.

Question

01:03:08-01:03:11 (3 sec)

No StressLens

Why are they so close-minded?

Donald Trump

01:03:11-01:03:33 (23 sec)

No StressLens

Well, look, it's not only the media, in all fairness, it's some people. When you talk about vaccines, they go crazy. And you know, I'm a big supporter of vaccines. I got a certain vaccine approved in nine months that would have taken from 5 to 12 years. I'm very proud of it. A lot of people think it was one of the greatest things I've done and some people think, mostly Republicans, actually.

Donald Trump

 01:03:33-01:03:54 (21 sec)

No StressLens

I'll tell you, the Democrats think it was -- they think Operation Warp Speed was one of the greatest things any president has done, any president. You know, we're very proud of what happened. We got hit with something that came from a place that shouldn't have happened, but it did happen. You know, those things take place and you're very unpleasantly surprised.

Donald Trump

 01:03:54-01:04:16 (22 sec)

No StressLens

But no, I'm a big believer in vaccines, the polio vaccine, big, big believer in vaccines. I know Bobby and you guys have it out a little bit, but he's a believer in vaccines too. But I've seen how great vaccines can be, how incredible they can be, so I'm a believer. Yeah. Yeah, please.

Question

 01:04:16-01:04:21 (5 sec)

No StressLens

Your comments you made about MMR and hepatitis B --

Donald Trump

 01:04:21-01:04:21 ( sec)

No StressLens

Right.

Question

01:04:21-01:04:26 (4 sec)

No StressLens

-- and you said those were your suggestions, but have you spoken with Secretary Kennedy about actually making those changes?

Donald Trump

01:04:26-01:04:49 (23 sec)

No StressLens

I have. Yeah, I have. I've spoken to all the doctors about it and doctors that are not here right now. I've spoken to many doctors about all of -- everything we're talking about. And you know, the Tylenol has started to be spoken of over the last period of time, but we've been doing the research. A lot of what they've been speaking about comes from right here, by research done by these people.

Donald Trump

01:04:49-01:05:13 (23 sec)

No StressLens

And I just say it again, don't take Tylenol. Don't take it, and don't give it to your child after your child is born. And do all those other things, little things, just spread out your visits, etc., etc., on the vaccine. And I want to thank everybody. This is a very important day. Thank you very much.

The Source for news on
Capitol Hill since 1955

- [About](#)
- [Contact Us](#)
- [Advertise](#)
- [Events](#)
- [Privacy](#)
- [RC Jobs](#)
- [Newsletters](#)
- [The Staff](#)

- [Subscriptions](#)

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions. Copyright 2025 CQ and Roll Call. All rights reserved.

# EXHIBIT E

**Statement from Andrea Baccarelli, MD, PhD**

Dean of the Faculty

Professor of Environmental Health

Harvard T.H. Chan School of Public Health

Colleagues and I recently conducted a rigorous review, funded by a grant from the National Institutes of Health (NIH), of the potential risks of acetaminophen use during pregnancy. We reviewed 46 previously published human studies worldwide.

We found evidence of an association between exposure to acetaminophen during pregnancy and increased incidence of neurodevelopmental disorders in children. This association is strongest when acetaminophen is taken for four weeks or longer.

As we noted in our review, animal studies have independently suggested that prenatal exposure to acetaminophen can adversely affect the developing brain. This biological evidence lends support to the possibility of a causal relationship between prenatal acetaminophen exposure and neurodevelopmental disorders, including autism. Further research is needed to confirm the association and determine causality, but based on existing evidence, I believe that caution about acetaminophen use during pregnancy—especially heavy or prolonged use—is warranted.

At the same time, as the only approved medication for pain and fever reduction during pregnancy, acetaminophen remains an important tool for pregnant patients and their physicians. High fever can pose risks to both the mother and the fetus, including neural tube defects and preterm birth.

After assessing the evidence, my colleagues and I recommended a balanced approach based on the precautionary principle: Patients who need fever or pain reduction during pregnancy should take the lowest effective dose of acetaminophen, for the shortest possible duration, after consultation with their physician about their individual risk-benefit calculation.

I discussed our scientific findings and this recommendation from our review article with Health and Human Services Secretary Robert F. Kennedy Jr. and NIH Director Jay Bhattacharya in recent weeks and appreciate their interest in this study.