# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of September, two thousand twenty-five,

_____

Tiffany Rutledge, individually and as mother, general guardian of, et al., Kristopher White, Bridget McConnell, Alexander Holland, Christine Holland,

        Plaintiff - Appellants,

  v.

Walgreen Co., Costco Wholesale Corporation, CVS Pharmacy, Inc, Safeway, Inc., Walmart Inc., Rite Aid Corporation, Target Corporation, Sam's West, Inc., Dollar Tree, Inc., 7-Eleven, Inc., Family Dollar Stores, LLC., The Kroger Co., Dollar Tree Stores, Inc., Johnson & Johnson Consumer Inc., Big Lots, Giant Food LLC, Albertson's, Harris Teeter LLC, Dolgencorp, LLC,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 24-916 (L)
            24-1121 (Con)
            24-2360 (Con)

      IT IS HEREBY ORDERED that the oral argument in the above titled appeal, set for Monday, October 6, 2025, is ADJOURNED.

                     For The Court:

                     Catherine O'Hagan Wolfe,
                     Clerk of Court

