# Keller | Postman

November 13, 2025

<u>Via ACMS</u>
Hon. Catherine O'Hagan Wolfe
Clerk, U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:    *In re Acetaminophen ASD-ADHD Products Liability Litigation*
               (Nos. 24-916(L), 24-1121(Con.), 24-2360(Con.))

Ms. Wolfe:

    I will be presenting argument on behalf of the Plaintiffs-Appellants in the above-captioned matters next week. For the same reasons outlined in the letter from Defendants-Appellees' counsel, I request permission to bring one laptop into the courtroom for use during the argument.

                                                Sincerely,

                                               Ashley C. Keller

cc: All counsel of record (via ACMS)