# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Jay P. Lefkowitz, P.C.
To Call Writer Directly:
+1 212 446 4970
lefkowitz@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

June 29, 2026

<u>Via ACMS</u>

Catherine O'Hagan Wolfe
Clerk, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    ***In re: Acetaminophen ASD-ADHD Prods. Liab. Litig.*, No. 24-916(L), 24-1121, 24-2360**

Dear Ms. Wolfe:

     I write to consent to the substitution as counsel of record on behalf of Defendant-Appellee Johnson & Johnson Consumer Inc., now known as Kenvue Brands LLC, in the above-referenced appeal. I have retired from Kirkland & Ellis and, pursuant to the notice of appearance filed on June 29, 2026, Naomi J. Scotten of Orrick, Herrington & Sutcliffe has substituted as counsel of record.
   .

           Respectfully submitted,

           /s/ *Jay P. Lefkowitz*

           Jay P. Lefkowitz

cc: All counsel of record (via ACMS)