# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of July, two thousand twenty-six.

Before:      Guido Calabresi,
                Gerard E. Lynch,
                Eunice C. Lee,
                  *Circuit Judges*.

---

Tiffany Rutledge, individually and as mother, general guardian of, et al., Kristopher White, Bridget McConnell, Alexander Holland, Christine Holland,

           Plaintiffs - Appellants,

    v.

Walgreen Co., Costco Wholesale Corporation, CVS Pharmacy, Inc, Safeway, Inc., Walmart Inc., Rite Aid Corporation, Target Corporation, Sam's West, Inc., Dollar Tree, Inc., 7-Eleven, Inc., Family Dollar Stores, LLC., The Kroger Co., Dollar Tree Stores, Inc., Johnson & Johnson Consumer Inc., Big Lots, Giant Food LLC, Albertson's, Harris Teeter LLC, Dolgencorp, LLC,

           Defendants - Appellees.

---

Michelle Phippen, individually and as General Guardian of P.P. and L. A., minors, Alisha Day, individually and as mother, General Guardian of A.D., a minor, Sarah Stokes, individually and as General Guardian of K.G., a minor, Juan Emanuel Bordoy, individually, Mary Elin Arce, individually and as Mother of Juan Emanuel Bordoy, Amanda Trigloff, individually and as General Guardian of R.S., a minor, Deandre

**JUDGMENT**

Docket Nos. 24-916(L), 24-1121(Con), 24-2360(Con); 24-2594

Barbee, individually, Jantail Barbee, individually and as Mother of Deandre Barbee, Laurie Courington, Hunter Courington, Jennifer Morrow, Alena Morrow, Callista Bassett, Andrew Bassett, Sonnita Roby, individually and as General Guardian of D.P., a minor, Shannon Mikuski, Braydon McKenzie, Heather Gilliam, Colby Gilliam, Taylor Brown, Taryne Burke, individually and as Mother with Court Appointed Guardian of Ashton Burke, Samari Sims, individually, Denisa Cullom, individually and as Mother of Samari Sims, Collin Stover, individually, Dana Stewart, individually and as Mother of Colling Stover, Rian Czar Johnson, individually, Shilo Rich, individually and as Mother of Rian Czar Johnson, Sheena Schnepp, individually and as Mother and Natural Guardian of H.S., a minor, Zayne Costello, individually, Crystal Alexander, Courtney Tillotson, Michelle Brown,

         Plaintiffs - Appellants,

  v.

Walgreens Co., Johnson & Johnson Consumer Inc., Walmart Inc.,

         Defendants - Appellees.

_____

The appeals in the above captioned cases from judgments of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgments are VACATED, and the cases are REMANDED for further proceedings consistent with this Court's opinion.

         For the Court:
         Catherine O'Hagan Wolfe,
         Clerk of Court