# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Acetaminophen-ASD-ADHD Products Liability Litigation Docket No.: 24-916

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Cesar Lopez-Morales

Firm: Orrick, Herrington & Sutcliffe LLP

Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037

Telephone: (202) 339-8400 Fax: (202) 339-8500

E-mail: clopez-morales@orrick.com

**Appearance for:** Johnson & Johnson Consumer Inc., n/k/a Kenvue Brands LLC/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________)
(name/firm)

☑ Additional counsel (co-counsel with: Naomi J. Scotten / Orrick, Herrington & Sutcliffe LLP)
(name/firm)

☐ Amicus (in support of: ______________________)
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ______________________ OR

☐ I applied for admission on ______________________.

Signature of Counsel: /s/ Cesar Lopez-Morales

Type or Print Name: Cesar Lopez-Morales