**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 24-916 (L), 24-1121 (CON), 24-2360 (CON)     Caption [use short title]

**Motion for:** A 45-Day Extension of Time to File

Defendants-Appellees' Motion For Rehearing

and Rehearing En Banc.

Set forth below precise, complete statement of relief sought:

The motion seeks an extension of the filing

deadline for Defendants-Appellees' motion

for rehearing and rehearing en banc from

July 27, 2026 to September 10, 2026.

Rutledge, et al. v. Walgreen Co., et al.

**MOVING PARTY:** Defendants-Appellees     **OPPOSING PARTY:** Plaintiffs-Appellants

☐ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner     ☑ Appellee/Respondent

**MOVING ATTORNEY:** Naomi J. Scotten, et al.     **OPPOSING ATTORNEY:** Ashley C. Keller, et al.

[name of attorney, with firm, address, phone number and e-mail]

Orrick, Herrington & Sutcliffe LLP          Keller Postman LLC

51 West 52nd Street, New York, NY 10019      150 N. Riverside Plaza, Suite 4100, Chicago, IL 60606

(212) 506-5116 nscotten@orrick.com          (312) 741-5222; ack@kellerpostman.com

**Court- Judge/ Agency appealed from:** Hon. Denise L. Cote, U.S.D.C. for S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes    ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes    ☐ No    ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?     ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?    ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**

/s/ Naomi J. Scotten      **Date:** July 14, 2026     Service : ☑ Electronic  ☐ Other [Attach proof of service]

**Form T-1080 (**rev. 10-23)

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

TIFFANY RUTLEDGE, INDIVIDUALLY
AND AS MOTHER, GENERAL
GUARDIAN OF, ET AL., KRISTOPHER
WHITE, BRIDGET MCCONNELL,
ALEXANDER HOLLAND, CHRISTINE
HOLLAND,

        *Plaintiffs-Appellants*,

        v.

WALGREEN CO., COSTCO
WHOLESALE CORPORATION, CVS
HEALTH CORPORATION, CVS
PHARMACY, INC., SAFEWAY, INC.,
WALMART INC., A DELAWARE
CORPORATION, RITE AID
CORPORATION, FAMILY DOLLAR
INC., TARGET CORPORATION, SAM'S
WEST, INC., DOLLAR TREE, INC., 7-
ELEVEN, INC., FAMILY DOLLAR
STORES, INC., THE KROGER CO.,
DOLLAR TREE STORES, INC.,
JOHNSON & JOHNSON CONSUMER
INC., BIG LOTS, GIANT FOOD LLC,
ALBERTSON'S, HARRIS TEETER
LLC, DOLGENCORP, LLC,

        *Defendants-Appellees.*

Nos. 24-916 (L)
24-1121 (CON)
24-2360 (CON)

1

## DEFENDANTS-APPELLEES' MOTION FOR A 45-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND/OR FOR REHEARING EN BANC

Pursuant to Federal Rules of Appellate Procedure 26(b), 27 and 40 and Second Circuit Rule 27.1, Defendants-Appellees Kenvue Brands LLC, f/k/a Johnson & Johnson Consumer Inc. (Kenvue), Walgreens Co., Costco Wholesale Corporation, CVS Health Corporation, CVS Pharmacy, Inc., Safeway Inc., Walmart Inc., Rite Aid Corporation, Family Dollar, Inc., Target Corporation, Sam's West, Inc., Dollar Tree, Inc., 7-Eleven, Inc., Family Dollar Stores, Inc., The Kroger Co., Dollar Tree Stores, Inc., Big Lots, Giant Food LLC, Albertson's, Harris Teeter LLC, and Dolgencorp, LLC (together, "Defendants") respectfully move for a 45-day extension of time to file a petition for rehearing and/or rehearing en banc.[1]

Defendants' petition is currently due on July 27, 2026.  *See* Fed. R. App. P. 40(d)(1) (a petition is due "14 days after judgment is entered"). With the proposed extension, a petition would be due on September 10,

---

[1] Defendants simultaneously filed a separate motion requesting an extension of equal length in the related appeal, *Phippen, et al. v. Walgreens Co., et al.*, No. 24-2549 (2d Cir. July 13, 2026).

2

2026.  This is Defendants' first request for an extension of time.

Counsel for Defendants sought Plaintiffs-Appellants' position on this

motion, and counsel indicated that they oppose this motion.

For the reasons explained below, good cause exists to grant the

requested extension.  *See* Fed. R. App. P. 26(b).

1.      On July 13, 2026, this Court entered an order reversing the

district court's two grants of summary judgment to Defendants and

remanding for further proceedings.  This Court held in this

multidistrict litigation that the district court abused its discretion in

excluding some of Plaintiffs' experts under Federal Rule of Evidence

702.  It reversed and remanded for further proceedings.  *See Rutledge,*

*et al., v. Walgreen Co., et al.*, Nos. 24-916, 24-1121, 24-2360, 24-2594

(slip op. at *7-8, *24) (2d Cir. July 13, 2026).  This Court also rejected

Defendants' alternative basis for affirmance based on implied

preemption.  *Id.* at *60-62.

2.      The extension is necessary to adequately address the

complex issues in this case, which turn on important questions of law.

This includes a detailed scientific analysis under Rule 702, evaluating

the voluminous record in this litigation.  The district court opinion

3

exceeded 145 pages, the Joint Appendix spanned more than 6,600 pages, and this Court's opinion was 64 pages long.

3.     An extension is further warranted because Defendants anticipate that any petition would be filed collectively on behalf of more than a dozen defendants. Defendants respectfully request additional time to allow for coordination and input from all Defendants in these appeals.

4.     The extension is also necessary because Kenvue—the principal litigating Defendant—has engaged new appellate counsel after briefing and oral argument, following the retirement of its prior lead counsel. Naomi Scotten entered her appearance on June 29, 2026, and Cesar Lopez-Morales entered his appearance on July 13, 2026. Ms. Scotten and Mr. Lopez-Morales are diligently focused on this matter, and request additional time in which to familiarize themselves with the record, conduct legal research, and draft any petition for rehearing and/or rehearing en banc.

5.     Further, an extension of time is needed to accommodate the conflicting deadlines of Kenvue's appellate counsel during the relevant time period. These include:

4

- Reply in support of summary judgment in *Pegasystems Inc. v. Appian Corp.*, 1:23-CV-11776 (D. Mass), due on July 16, 2026;

- Opening appellate brief in *Plotkin, et al. v. Johnson & Johnson, et al.*, No. A.C. 49261 (Conn. Ct. App.), due July 17, 2026;

- Petition for Writ of Certiorari in *Johnson & Johnson, et al. v. Monroe*, No. S26T1554 (Ga. Supreme Court), due July 20, 2026;

- Response to complaint in *New York, et al. v. United States Dep't of Interior, et al.*, No. 1:26-CV-1910 (D.D.C.), due on August 10, 2026;

- Oral argument in *Shared P'ship v. Meta Platforms, Inc.*, No. 25-2612 (9th Cir.), on August 12, 2026.

## CONCLUSION

For the reasons stated above, this Court should grant Defendants' motion for a 45-day extension of time in which to file their petition for rehearing and/or rehearing en banc, up to and including September 10, 2026.

Dated July 14, 2026

Kristen Lee Richer
BARNES & THORNBURG LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067

*Counsel for Walgreens Co.,
Costco Wholesale Corp., CVS
Pharmacy, Inc.*

Amanda L. Groves
WINSTON TAYLOR LLP
333 S. Grand Avenue
Los Angeles, CA 90071

*Counsel for Safeway, Inc. and
Albertsons Companies, Inc.*

Mark Ouweleen
BARTLIT BECK LLP
Courthouse Place, 54 West
Hubbard Street
Suite 300
Chicago, IL 60654

*Counsel for Walmart Inc. and
Sam's West, Inc.*

Anne A. Gruner
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103

*Counsel for Dolgencorp, LLC*

Respectfully submitted,

/s/ *Naomi J. Scotten*
Naomi J. Scotten
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Cesar Lopez-Morales
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
(202) 339-8400

Jessica L. Brennan
BARNES & THORNBURG LLP
1776 On the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960

*Counsel for Defendant-Appellee
Kenvue Brands LLC, f/k/a
Johnson & Johnson Consumer
Inc.*

Lori B. Leskin
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019

*Counsel for Family Dollar
Stores, LLC, Dollar Tree Stores,
Inc., 7-Eleven, Inc.*

7

Kristi W. Dean,
STONE DEAN LLP
21052 Oxnard Street
Woodland Hills, CA 91367

*Counsel for The Kroger Co.*

Alexandra M. Avvocato
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019

*Counsel for Target Corporation*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).  This motion is printed in Century Schoolbook 14-point font, and it contains 686 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2)(B).  I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Word for Microsoft 365 in Century Schoolbook 14-pt font.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/Naomi J. Scotten*

Naomi J. Scotten
*Counsel for Defendant-Appellee*