

July 15, 2026

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

**Naomi J. Scotten**

**E** nscotten@orrick.com
**D** +1 212 506 5116
**F** +1 212 506 5151

*Via ACMS*

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for
  the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re:   *Rutledge et al. v. Walgreen Co., et al.*, No. 24-916
> Response to request for views regarding unsealing opinion

Dear Ms. Wolfe:

We represent Defendant-Appellee Johnson & Johnson Consumer Inc., n/k/a Kenvue Brands LLC. Defendants-Appellees do not oppose removing the redactions in the Court's opinion and unsealing the cited document.[1]

Respectfully submitted,

/s/   *Naomi J. Scotten*

Naomi J. Scotten
*Counsel for Defendant-Appellee Kenvue Brands LLC*

cc: All Counsel

---

[1] Defendants simultaneously filed the same letter in the related appeal, *Phippen et al. v. Walgreen Co. et al.*, 24-2594 (2d Cir. July 15, 2026).