**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand twenty-six,

Tiffany Rutledge, individually and as mother, general guardian of, et al., Kristopher White, Bridget McConnell, Alexander Holland, Christine Holland,

**ORDER**
Docket No. 24-916

Plaintiff - Appellants,

v.

Walgreen Co., Costco Wholesale Corporation, CVS Health Corporation, CVS Pharmacy, Inc, Safeway, Inc., Walmart Inc., a Delaware Corporation, Rite Aid Corporation, Family Dollar Inc., Target Corporation, Sam's West, Inc., Dollar Tree, Inc., 7-Eleven, Inc., Family Dollar Stores, Inc., The Kroger Co., Dollar Tree Stores, Inc., Johnson & Johnson Consumer Inc., Big Lots, Giant Food LLC, Albertson's, Harris Teeter LLC, Dolgencorp, LLC,

Defendants - Appellees.

Amicus The Lanier Law Firm, P.C., and PLLC., The Watts Law Firm, L.L.P., Beasley Allen Law Firm, et al., submission of an Amicus Brief on Consent does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Amicus Brief on Consent is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

