# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand twenty-six.

Before: Eunice C. Lee,
*Circuit Judge.*

---

Tiffany Rutledge, individually and as mother, general guardian of, et al., Kristopher White, Bridget McConnell, Alexander Holland, Christine Holland,

Plaintiffs - Appellants,

v.

Walgreen Co., Costco Wholesale Corporation, CVS Health Corporation, CVS Pharmacy, Inc, Safeway, Inc., Walmart Inc., a Delaware Corporation, Rite Aid Corporation, Family Dollar Inc., Target Corporation, Sam's West, Inc., Dollar Tree, Inc., 7-Eleven, Inc., Family Dollar Stores, Inc., The Kroger Co., Dollar Tree Stores, Inc., Johnson & Johnson Consumer Inc., Big Lots, Giant Food LLC, Albertson's, Harris Teeter LLC, Dolgencorp, LLC,

Defendants - Appellees.

**ORDER**

Docket Nos. 24-916 (L), 24-1121 (Con), 24-2360 (Con); 24-2594

---

Michelle Phippen, individually and as General Guardian of P.P. and L. A., minors, Alisha Day, individually and as mother, General Guardian of A.D., a minor, Sarah Stokes, individually and as General Guardian of K.G., a minor, Juan Emanuel Bordoy, individually, Mary Elin Arce, individually and as Mother of Juan Emanuel Bordoy, Amanda Trigloff, individually and as General Guardian of R.S., a minor, Deandre Barbee, individually, Jantail Barbee, individually and as Mother of Deandre

Barbee, Laurie Courington, Hunter Courington, Jennifer Morrow, Alena Morrow, Callista Bassett, Andrew Bassett, Sonnita Roby, individually and as General Guardian of D.P., a minor, Shannon Mikuski, Braydon McKenzie, Heather Gilliam, Colby Gilliam, Taylor Brown, Taryne Burke, individually and as Mother with Court Appointed Guardian of Ashton Burke, Samari Sims, individually, Denisa Cullom, individually and as Mother of Samari Sims, Collin Stover, individually, Dana Stewart, individually and as Mother of Colling Stover, Rian Czar Johnson, individually, Shilo Rich, individually and as Mother of Rian Czar Johnson, Sheena Schnepp, individually and as Mother and Natural Guardian of H.S., a minor, Zayne Costello, individually, Crystal Alexander, Courtney Tillotson, Michelle Brown,

Plaintiffs - Appellants,

v.

Walgreens Co., Johnson & Johnson Consumer Inc., Walmart Inc.,

Defendants - Appellees.

---

Atlantic Legal Foundation, the National Association of Manufacturers, the Chamber of Commerce of the United States of America and American Tort Reform Association, Lawyers for Civil Justice, and Pharmaceutical Research and Manufacturers of America move for leave to file amicus curiae briefs in support of Appellees' petition for rehearing.

IT IS HEREBY ORDERED that the motions are GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe