# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October two thousand twenty-six.

---

Tiffany Rutledge, individually and as mother, general guardian of, et al., Kristopher White, Bridget McConnell, Alexander Holland, Christine Holland,

Plaintiff - Appellants,

**ORDER**
Docket No: 24-916(L), 24-1121(Con), 24-2360(Con), 24-2594

v.

Walgreen Co., Costco Wholesale Corporation, CVS Health Corporation, CVS Pharmacy, Inc, Safeway, Inc., Walmart Inc., a Delaware Corporation, Rite Aid Corporation, Family Dollar Inc., Target Corporation, Sam's West, Inc., Dollar Tree, Inc., 7-Eleven, Inc., Family Dollar Stores, Inc., The Kroger Co., Dollar Tree Stores, Inc., Johnson & Johnson Consumer Inc., Big Lots, Giant Food LLC, Albertson's, Harris Teeter LLC, Dolgencorp, LLC,

Defendants - Appellees.

---

Michelle Phippen, individually and as General Guardian of P.P. and L. A., minors, Alisha Day, individually and as mother, General Guardian of A.D., a minor, Sarah Stokes, individually and as General Guardian of K.G., a minor, Juan Emanuel Bordoy, individually, Mary Elin Arce, individually and as Mother of Juan Emanuel Bordoy, Amanda Trigloff, individually and as General Guardian of R.S., a minor, Deandre Barbee, individually, Jantail Barbee, individually and as Mother of Deandre Barbee, Laurie Courington, Hunter Courington, Jennifer Morrow, Alena Morrow, Callista Bassett, Andrew Bassett, Sonnita Roby, individually and as General Guardian of D.P., a minor, Shannon Mikuski, Braydon McKenzie, Heather Gilliam, Colby Gilliam, Taylor Brown, Taryne Burke, individually and as Mother with Court Appointed Guardian of Ashton Burke, Samari Sims, individually, Denisa Cullom, individually and as Mother of Samari Sims, Collin Stover, individually, Dana Stewart, individually and as Mother of Colling Stover, Rian Czar Johnson, individually, Shilo Rich, individually and as Mother of Rian Czar Johnson, Sheena Schnepp, individually and as Mother and Natural Guardian of H.S., a minor, Zayne Costello, individually, Crystal Alexander, Courtney Tillotson, Michelle Brown,

Plaintiffs - Appellants,

v.

Walgreens Co., Johnson & Johnson Consumer Inc., Walmart Inc.,

Defendants - Appellees.

---

Appellee Johnson & Johnson Consumer Inc. filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc.*

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

